**EXHIBIT A**
Notice of Transfer

**DISTRICT COURT OF MARYLAND**

Go Back Now

## Case Information

Court System: **DISTRICT COURT FOR PRINCE GEORGE'S COUNTY - CIVIL SYSTEM**
Case Number:     **050200123222022**  Claim Type: **TORT**
District/Location Codes: **05 / 02**  Filing Date: **06/15/2022**  Case Status: **CLOSED**

## Complaint, Judgment, and Related Persons Information

*(Each Complaint, Hearing, Judgment is listed separately, along with each Related Person)*

### Complaint Information

Complaint No:     **001  (JOHNSON, JOE)**  Vs: **(THINK COMPUTER CORP )**
Type:             **REGULAR CLAIM**
Complaint Status: **JURY TRIAL PRAYED**
Status Date:      **07/20/2022** Filing Date: **06/15/2022** Amount **$25000**  Last Activity Date: **07/20/2022**

### Related Person Information

Name:             **THINK COMPUTER CORP**
Connection to Complaint: **DEFENDANT**
Address: **SERVE: AARON JACOB GREENSPAN**
Address: **340 S LEMON AVE #6720**
City:    **WALNUT**  State: **CA**  Zip Code: **91789**

Name:             **JOHNSON, JOE**
Connection to Complaint: **PLAINTIFF**
Address: **POST OFFICE BOX 441572**
City:    **FORT WASHINGTON**  State: **MD**  Zip Code: **20749**

### Case History Information

*(Each Event listed for the case is listed below in chronological order)*

Type: **INITIAL CASE FILING**  Complaint No.:
Date: **06/15/2022**  Comment: **INITIAL AFFIDAVIT CASE FILING**

Type: **JURY TRIAL PRAYED**  Complaint No.: **001**
Date: **06/15/2022**  Comment: **JURY TRIAL REQUESTED BY PLN**

Type: **COMMENT**  Complaint No.:
Date: **07/20/2022**  Comment: **CC CASE NUMBER CAL22-21998**

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

## Case Information

Court System: **Circuit Court for Prince George's County - Civil System**
Case Number: **CAL22-21998**
Case Description: **Johnson vs Think Computer Corporation**
Case Type: **Tort**
Filing Date: **07/20/2022**
Case Status: **Active Status**

## Plaintiff/Petitioner Information

Party Type: **Plaintiff**   Party No.: **1**
Name: **Joe Johnson**
Address: **Post Office Box 441572**
City:    **Fort Washington**   State: **MD**   Zip Code: **20749**

## Defendant/Respondent Information

Party Type: **Defendant**   Party No.: **2**
Name: **Think Computer Corporation**
Address: **Serve: Aaron J. Greenspan, R/A**
City:    **Walnut**   State: **CA**   Zip Code: **91789**

## Court Scheduling Information

Event Type: **Trial Jury**
Event Date: **09/05/2023**   Start Time: **08:45:00**
Result:       Result Date:

Event Type: **Trial Carry Over**
Event Date: **09/06/2023**   Start Time: **09:00:00**
Result:       Result Date:

Event Type: **Try By Date**
Event Date: **11/12/2023**   Start Time: **09:00:00**
Result:       Result Date:

## Dockets

*(Each Document listed. Documents are listed in Document No./Sequence No. order)*

Date:          **07/20/2022**
Document Name: **CaseType: DC Jury/Dmgs Other**

Date:   **07/20/2022**
Document Name: **Transmittal of Record, fd.**
Docket Text: **001 District Court Jury Demand District Court Case # 0502-0012322-22 , CC of Docket Entries, Original Papers, and Exhibits, Transferred from the District Court of Maryland ag e 072622 (tagged to assignment)**

Date:          **07/26/2022**
Document Name: **Not Issued Prst To Rl 2-326 Fd**
Docket Text:     **002 ag**

| Date: | 07/28/2022 |
|---|---|
| Document Name: | Line, filed |
| Docket Text: | 003 Line to Request a Summons for Defendant, Think Computer Corporation, fd/djg e08-02-2022 (Cal. Mgmt.) |

| Date: | 08/02/2022 |
|---|---|
| Document Name: | Summons Issued For Defendant |
| Docket Text: | 004 Issued Summons for Think Computer Corporation, Defendant, fd/djg e08-02-2022 (Cal. Mgmt.) |

| Date: | 08/15/2022 |
|---|---|
| Document Name: | Complaint and Jury Demand |
| Docket Text: | 005 Original Complaint and Jury Demand by Plaintiff, Joe Johnson, fd/djg e08-17-2022 (Cal. Mgmt.) |

| Date: | 09/14/2022 |
|---|---|
| Document Name: | Scheduling Order Filed |
| Docket Text: | 006 Scheduled Event: ADR: Jury Selection: Trial: September 5, 2023 Trial Jury - 8:45am September 6, 2023 Trial Carry over - 9am Try By: November 12, 2023 fd/smb e.9/19/2022 |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

Circuit Court for Prince George's County
Clerk of the Circuit Court
Courthouse
Upper Marlboro, MD 20772-9987
MD Relay Service Voice/TDD
1-800-735-2258

Joe Johnson

vs

Think Computer Corporation

Case ID: CAL22-21998
District Court Case # 0502-0012322-22

Notice

You are hereby notified that upon a demand for a jury trial, this case was transferred to this court and entered on 20-JUL-2022.

Notice to defendant

If you are a "defendant," "counter-defendant," "cross-defendant," or "third party defendant" in this action and you wish to contest the case against you, you must file in this court an answer or other response to the complaint, counterclaim, cross claim, or third party claim within 30 days after date of this notice, regardless of whether you filed a notice of intention to defend or other response in the district court.

Date mailed 7/26/22

Mahasin El Amin
Clerk of the Circuit Court

Notice mailed to: