PLEASE PRESS FIRMLY    PLEASE PRESS FIRMLY



# PRIORITY MAIL®
**UNITED STATES POSTAL SERVICE**

## Flat Rate Mailing Envelope

**For Domestic and International U**

*Visit us at usps.com*

Any amount of mailable material may be enclosed, as long as the envelope is not modified, and the contents are entirely confined within the envelope with the adhesive provided as the means of closure.

**From:**/*Expéditeur:*

**INTERNATIONAL RESTRICTIONS APPLY:**

**4-POUND WEIGHT LIMIT ON INTERNATIONAL APPLIES**

Customs forms are required. Consult the *International Mail Manual* (IMM) at *pe.usps.gov* or ask a retail associate for details.

**To:** /*Destinataire:*

 **Click-N-Ship®**

usps.com    9405 5036 9930 0350 3943 77 0089 5000 0082 1201
$8.95
US POSTAGE
Flat Rate Env       U.S. POSTAGE PAID
                    Click-N-Ship®

09/20/2022          Mailed from 94107

**PRIORITY MAIL®**

AARON GREENSPAN                Expected Delivery Date: 09/23/22
956 CAROLINA ST
SAN FRANCISCO CA 94107-3337                     0000

C047

  CLERK OF COURT
U.S. DISTRICT COURT FOR THE DISTRICT OF
101 W LOMBARD ST
BALTIMORE MD 21201-2605

**USPS TRACKING #**



9405 5036 9930 0350 3943 77

 082708_PM_EP14F  OCT 2008

 Recycled Paper

USPS packaging products have been awarded Cradle to Cradle Certification℠ for their ecologically-intelligent design. For more information go to mbdc.com/usps
Cradle to Cradle Certified℠ is a certification mark of MBDC.

Please recycle.

Electronic Rate Approved #038555749   



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; Oct. 2008; All rights reserved.




Flat Rate
Mailing Envelope
For Domestic and International Use

Visit us at usps.com