

Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

Case No.: CAL22-21998

Other Reference No.(s): ..................................

Child Support Enforcement Number: ..................................

Date issued: August 2, 2022

To: Think Computer Corporation
Sv: Aaron J. Greenspan, R/A
340 Lemon Ave, #6720
Walnut, CA 91789

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this Court, to the attached complaint filed by:

JOE JOHNSON
POST OFFICE BOX 441572
FORT WASHINGTON, MD 20749

This summons is effective for service only if served within 60 days after the date it is issued.

*Mahasin El Amin*
Clerk of the Circuit Court #356

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.

2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.

4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

# SHERIFF'S RETURN

Circuit Court for Prince George's County

To: ........................................................

Sheriff fee: ........................... By: ..........................................................................................

Served: ..............................................................................................................................

Time: ................... Date: ...............................................................................................

Unserved (Reason): ...........................................................................................................

With the following:

- Summons
- Complaint
- Motions
- Petition and Show Cause Order

- Counter Complaint
- Domestic Case Information Report
- Financial Statement
- Other: _____
  (please specify)

Was unable to serve because:

- Moved; left no forwarding address
- Address not in Jurisdiction

- No such address
- Other: _____
  (please specify)

Sheriff Fee: $_____     ☐ Waived by: _____

_____
(Serving Sheriff's Signature & Date)

Instructions to Private Process:

1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.

2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.

4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).