

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk of Court
Elizabeth B. Snowden, Chief Deputy
David E. Ciambruschini, Chief Deputy

Reply to Southern Division Address

September 26, 2022

**Think Computer Corporation**
c/o Aaron Greenspan, Resident Agent
956 Carolina Street
San Francisco, CA 94107-3337

        RE:    Johnson v. Think Computer Corporation
                  CAL22-21998

Dear Counsel/Party:

The above-captioned case has been transferred or removed from Circuit Court for Prince George's County to this Court and assigned the above case number

                                              Sincerely,
                                              /s/
                                              Catherine M. Stavlas, Clerk

cc:    All counsel/parties

Removal Notification Letter (03/2014)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov