# Exhibit A

Circuit Court for Prince George's County
Clerk of the Circuit Court
Courthouse
Upper Marlboro, MD 20772-9987
MD Relay Service Voice/TDD
1-800-735-2258

Joe Johnson

vs

Think Computer Corporation

Case ID: CAL22-21998
District Court Case # 0502-0012322-22

Notice

You are hereby notified that upon a demand for a jury trial, this case was transferred to this court and entered on 20-JUL-2022.

Notice to defendant

If you are a "defendant," "counter-defendant," "cross-defendant," or "third party defendant" in this action and you wish to contest the case against you, you must file in this court an answer or other response to the complaint, counterclaim, cross claim, or third party claim within 30 days after date of this notice, regardless of whether you filed a notice of intention to defend or other response in the district court.

Date mailed 7/26/22

Mahasin El Amin
Clerk of the Circuit Court

Notice mailed to: