## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

_____          *

**Plaintiff,**

                                *

**v.**                          **Case No.** _____

                                *

_____          *

**Defendant.**

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐ I certify, as party/counsel in this case that _____
(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

☐  In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
<br>(name of LLC party)

| _____ | _____ |
| (name of member) | (state of citizenship) |

| _____ | _____ |
| (name of member) | (state of citizenship) |

| _____ | _____ |
| (name of member) | (state of citizenship) |

| _____ | _____ |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

_____
Date

_____
Signature

_____
Printed name and bar number

_____
Address

_____
Email address

_____
Telephone number

_____
Fax number