UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOE JOHNSON, ) <br> ) <br> Plaintiff, ) <br> ) No. 8:22-cv-02422-TDC <br> v. ) <br> ) Hon. Theodore D. Chuang <br> THINK COMPUTER CORPORATION ) <br> d/b/a PLAINSITE, ) <br> ) <br> Defendant. ) | |

## CERTIFICATION PURSUANT TO STANDING ORDER 2021–13

Pursuant to Standing Order 2021-13, counsel for defendant Think Computer Corporation d/b/a Plainsite certifies as follows:

1. Defendant is a Delaware corporation whose principal place of business is in California. It is wholly owned by Aaron Greenspan, a resident of California. Defendant is not a citizen of Maryland.

2. The summons and complaint were served on defendant by first-class mail on September 6, 2022. There are no other defendants.

Respectfully submitted,

  /s/ Oliver L. Edwards
OLIVER L. EDWARDS (#17006)
Law Office of Oliver Edwards LLC
9919 Rogart Road
Silver Spring, Maryland 20901
Voice: 301-841-8050
Fax: 301-273-1020
oliver@edwardslaw.pro

1

    /s/ Paul Alan Levy
Paul Alan Levy (DC Bar 946400)
(D. Md. admission to be sought)
Public Citizen Litigation Group
1600 20th Street, NW
Washington, D.C. 20009
(202) 588-7725
plevy@citizen.org

Attorneys for Defendant

September 30, 2022