UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| JOE JOHNSON | § |
| | § |
| Plaintiff, | § |
| | § |
| Vs. | § CIVIL NO. 8:22-cv-02422-TDC |
| | § |
| THINK COMPUTER CORPORATION | § |
| | § |
| Defendant. | § |

**PLAINTIFF'S MOTION TO STRIKE NON-PARTY'S
NOTICE OF REMOVAL AND TO REMAND TO STATE COURT**

Plaintiff, Joe Johnson, pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, and 28 U.S.C. §1447(c), moves this Honorable Court to strike the Notice of Removal (Doc.1), filed herein on September 23, 2022, and to remand to State court on the ground that this case was improperly removed from the Circuit Court for Prince George's County, Maryland, as the individual that filed the removal papers, Aaron Greenspan, is a non-party, who is not an attorney, nor a member of the bar of this Court and may not appear and file pleadings on behalf of defendant, Think Computer Corporation, and on the ground that the Court lacks federal removal jurisdiction over the State law claims. A memorandum of law in support is being filed contemporaneously with this Motion.

Respectfully submitted,

September 28, 2022

*Joe Johnson*
Joe Johnson
Post Office Box 441572
Fort Washington, MD  20749

## CERTIFICATE OF SERVICE

I do hereby certify that I have this 28th day of September, 2022, served a copy of the foregoing Motion and accompanying Memorandum of Law upon the below-listed individual by placing a copy in the United States Mail to the following:

Aaron Greenspan, *Pro Se*
956 Carolina Street
San Francisco, CA   94107-3337

_____
Joe Johnson