USDC- GREENBELT
'22 SEP 30 AM 10:56

# EXHIBIT 1



# Secretary of State
## Statement and Designation by Foreign Corporation

S&DC-S/N

**FILED**
Secretary of State
State of California

4681458
Filing Number

01/01/2021
Filing Date

This Space For Office Use Only

**IMPORTANT** — Read Instructions before completing this form.

Must be submitted with a current **Certificate of Good Standing** issued by the government agency where the corporation was formed. See Instructions.

**Filing Fee** – **$100.00** (for a foreign stock corporation) or
$30.00 (for a foreign nonprofit corporation)

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00

*Note:* Corporations may have to pay minimum $800 tax to the California Franchise Tax Board each year. For more information, go to ftb.ca.gov.

**1. Corporate Name** (Go to www.sos.ca.gov/business/be/name-reservations for general corporate name requirements and restrictions.)

Think Computer Corporation

**2. Jurisdiction** (State, foreign country or place where this corporation is formed - **must match** the Certificate of Good Standing provided.)

Delaware

**3. Business Addresses** (Enter the **complete** business addresses. Items 3a and 3b cannot be a P.O. Box or "in care of" an individual or entity.)

| a. Initial Street Address of Principal Executive Office - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 340 S. Lemon Avenue #6720 | Walnut | CA | 91789 |
| b. Street Address of Principal Office in California, **if any - Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
| 340 S. Lemon Avenue #6720 | Walnut | CA | 91789 |
| c. Mailing Address of Principal Executive Office, **if different than item 3a** | City (no abbreviations) | State | Zip Code |
|  |  |  |  |

**4. Service of Process** (Must provide either Individual **OR** Corporation.)

**INDIVIDUAL** – Complete Items 4a and 4b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Aaron | Jacob | Greenspan |  |
| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
| 340 S. Lemon Avenue #6720 | Walnut | CA | 91789 |

**CORPORATION** – Complete Item 4c. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 4a or 4b

**5. Read and Sign Below** (See instructions. Office or title not required.)

I am a corporate officer and am authorized to sign on behalf of the foreign corporation.

_Aaron Greenspan_ (signature)
Signature

Aaron Greenspan
Type or Print Name

S&DC-S/N (REV 12/2020)

2020 California Secretary of State
bizfile.sos.ca.gov

# Delaware

Page 1

The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "THINK COMPUTER CORPORATION" IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE NINTH DAY OF DECEMBER, A.D. 2020.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL REPORTS HAVE BEEN FILED TO DATE.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "THINK COMPUTER CORPORATION" WAS INCORPORATED ON THE FIRST DAY OF JANUARY, A.D. 2010.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE BEEN PAID TO DATE.



Jeffrey W. Bullock, Secretary of State

4771939  8300

SR# 20208580973

Authentication: 204271059

Date: 12-09-20

You may verify this certificate online at corp.delaware.gov/authver.shtml

## **ATTACHMENT TO FORM S&DC-S/N FOR THINK COMPUTER CORPORATION**

Future File Date Requested: January 1, 2021



**California Secretary of State**
Electronic Filing



FILED
Secretary of State
State of California

# Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | THINK COMPUTER CORPORATION |
| Entity (File) Number: | C4681458 |
| File Date: | 03/29/2021 |
| Entity Type: | Corporation |
| Jurisdiction: | DELAWARE |
| Document ID: | GS05020 |

**Detailed Filing Information**

1. Entity Name: THINK COMPUTER CORPORATION

2. Business Addresses:
   a. Street Address of Principal Office in California:
   340 S LEMON AVE #6720
   Walnut, California 91789
   United States of America

   b. Mailing Address:
   340 S LEMON AVE #6720
   Walnut, California 91789
   United States of America

   c. Street Address of Principal Executive Office:
   340 S LEMON AVE #6720
   Walnut, California 91789
   United States of America

3. Officers:
   a. Chief Executive Officer:
   Aaron Jacob Greenspan
   340 S LEMON AVE #6720
   Walnut, California 91789
   United States of America

   b. Secretary:
   Aaron Jacob Greenspan
   340 S LEMON AVE #6720
   Walnut, California 91789
   United States of America

Document ID: GS05020

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

# California Secretary of State
## Electronic Filing

Officers (cont'd):

    c.   Chief Financial Officer:

    Aaron Jacob Greenspan
    340 S LEMON AVE #6720
    Walnut, California 91789
    United States of America

4.   Director:   Not Applicable

    Number of Vacancies on the Board of Directors:   Not Applicable

5.   Agent for Service of Process:

    Aaron Jacob Greenspan
    340 S LEMON AVE #6720
    Walnut, California 91789
    United States of America

6.   Type of Business:   Software Development

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:   Aaron Greenspan

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GS05020




# Corporation - Statement of Information No Change

| | |
|---|---|
| Entity Name: | THINK COMPUTER CORPORATION |
| Entity (File) Number: | C4681458 |
| File Date: | 11/15/2021 |
| Entity Type: | Corporation |
| Jurisdiction: | DELAWARE |
| Document ID: | GY47953 |

*There has been no change in any of the information contained in the previous complete Statement of Information filed with the California Secretary of State.*

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:     Aaron Greenspan

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GY47953