UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| JOE JOHNSON §<br>§<br>**Plaintiff,** §<br>§<br>Vs. § CIVIL NO. 8:22-cv-02422-TDC<br>§<br>THINK COMPUTER CORPORATION §<br>§<br>**Defendant.** § | |

## ORDER

Upon consideration of the Plaintiff's Motion to Strike the Notice of Removal filed herein by Aaron Greenspan and to Remand to State Court, and it appearing to the Court that Greenspan is not a named defendant in the action, nor a licensed attorney or member of the bar of this Court, it is, this _____ day of _____, 2022, by the United States District Court for the District of Maryland,

**ORDERED**, that the Motion, be and is, hereby **GRANTED**; and it is

**FURTHER ORDERED,** that the Notice of Removal, be and is, hereby **STRICKEN**, and that this action, be and is, hereby **REMANDED** to the Circuit Court for Prince George's County.

The Court retains jurisdiction to entertain a Rule 11 Motion for Sanctions, as the Court finds that Greenspan lacked any objective reasonable basis for removing this State court action.

The Clerk of Court is directed to administratively **CLOSE** this case.

_____
Theodore D. Chuang
United States District Judge

12