UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Joe Johnson,<br><br>    Plaintiff,<br><br>v.<br><br>Think Computer Corporation<br>    d/b/a PLAINSITE,<br><br>    Defendant. | Case No.: 8:22-cv-02422-TDC<br><br>Hon. Theodore D. Chuang |

**CERTIFICATE OF COMPLIANCE WITH REQUIREMENT
TO GIVE NOTICE OF REMOVAL
(28 U.S.C. § 1446(d))**

The undersigned attorney of record for Think Computer Corporation certifies that, in compliance with 28 U.S.C. § 1446(d), a copy of the Notice of Removal and Amended Notice of Removal of this action was filed with the Clerk of the Circuit Court of Prince George's County, Maryland in case. no. CAL22-21998 on September 30, 2022.

The undersigned further certifies that, in compliance with the requirements of 28 U.S.C. § 1446(d), written notice of the removal was also given to all parties in this action, along with a copy of the Notice of Removal and Amended Notice of Removal filed in this court. Said written notice was given on September 30, 2022 to the plaintiff in this action by first class mail (certified, pre-paid) and by email (with written consent of plaintiff).

October 1, 2022

                                                       /s/
                                               Oliver L. Edwards (#17006)
                                               Law Office of Oliver Edwards LLC
                                               9919 Rogart Road
                                               Silver Spring, Maryland 20901
                                               301-841-8050, Fax: 301-273-1020
                                               oliver@edwardslaw.pro

Paul Alan Levy (DC Bar 946400)
Public Citizen Litigation Group
1600 20th Street NW
Washington, D.C. 20009
(202) 588-7725
plevy@citizen.org

Attorneys for Think Computer Corporation