UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Joe Johnson,

     Plaintiff,

v.

Think Computer Corporation
     d/b/a PLAINSITE,

     Defendant.

Case No.: 8:22-cv-02422-TDC

Hon. Theodore D. Chuang

## CERTIFICATE OF SERVICE

I hereby certify that the service required by Federal Rule of Civil Procedure 5(a) has been

made upon Plaintiff Joe Johnson of the following papers as indicated below:

| Paper | Date filed | How and when served |
|---|---|---|
| ECF 6 - NOTICE OF REMOVAL, AMENDED from Johnson vs Think Computer Corporation case number CAL2221998 and Attachments: # 1 Exhibit A - Transfer Order, # 2 Exhibit B - Summons and Complaint, # 3 Exhibit C -Scheduling Order | Sept. 28, 2022 | Sept. 28, 2022 by USPS Priority Mail; Sept. 30, 2022 by email |
| ECF 7 Local Rule 103.3 Disclosure Statement by Think Computer Corporation | Sept. 28, 2022 | Sept. 28, 2022 by USPS Priority Mail; Sept. 30, 2022 by email |
| ECF 9 CERTIFICATE of Counsel pursuant to Standing Order 2021-13 | Sept. 30, 2022 | Sept. 30, 2022 by USPS Certified Mail; Sept. 30, 2022 by email |
| ECF 13 MOTION to Appear Pro Hac Vice for Paul Alan Levy | Sept. 30, 2022 | Sept. 30, 2022 by USPS Certified Mail; Sept. 30, 2022 by email |
| ECF 14 CERTIFICATE of Counsel of compliance with 18 U.S.C. 1446(d) | Oct. 1, 2022 | Oct. 1, 2022 by email |

Mail service addressed to:

     Joe Johnson
     P.O. Box 441572
     Fort Washington, MD 20749

Email service made with written consent to gmail.com email address.


October 1, 2022                             \_\_\_\_/s/_____
                                            Oliver L. Edwards (#17006)
                                            Law Office of Oliver Edwards LLC
                                            9919 Rogart Road
                                            Silver Spring, Maryland 20901
                                            Voice: 301-841-8050
                                            Fax: 301-273-1020
                                            oliver@edwardslaw.pro

                                            Attorney for Think Computer Corporation