**EXHIBIT** 1

*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  May 16, 2019                    PM-67-19
_____

In the Matter of ATTORNEYS
    IN VIOLATION OF JUDICIARY              MEMORANDUM AND ORDER
    LAW § 468-a.                                ON MOTION

_____


Calendar Date:  April 8, 2019

Before:  Garry, P.J., Clark, Aarons, Rumsey and Pritzker, JJ.

                    _____


        Monica A. Duffy, Attorney Grievance Committee for the
Third Judicial Department, Albany, for Attorney Grievance
Committee for the Third Judicial Department.


                    _____


Per Curiam.

        The Attorney Grievance Committee for the Third Judicial
Department (hereinafter AGC) moves pursuant to Rules for
Attorney Disciplinary Matters (22 NYCRR) § 1240.9 (a) (5) and
Rules of the Appellate Division, Third Department (22 NYCRR) §
806.9 for an order suspending respondent attorneys — all of whom
either last listed a registration address within this Judicial
Department or were admitted to practice by this Court (see
generally Rules for Attorney Disciplinary Matters [22 NYCRR] §
1240.7 [a] [2]) — upon the ground that they have failed to
fulfill their respective attorney registration obligations for
at least the last two consecutive biennial registration periods
(see Judiciary Law § 468-a; Rules of the Chief Admin of Cts [22
NYCRR] § 118.1).  Respondents were noticed of the application by
publication pursuant to the terms of an order to show cause
issued by this Court, which was marked returnable April 8, 2019
and which is supported by affidavit of AGC's counsel with
exhibits (see generally Judiciary Law § 90 [6]).

-2-                        PM-67-19

Judiciary Law § 468—a and Rules of the Chief Administrator of the Courts (22 NYCRR) § 118.1 require that attorneys admitted to practice in New York file a registration statement with the Office of Court Administration on a biennial basis.  This obligation extends to all attorneys admitted in New York, regardless of where they work or reside, and even applies to attorneys who have been suspended or who have retired from the practice of law altogether (see Rules of Chief Admin of Cts [22 NYCRR] § 118.1 [a]-[c], [g]).  After an attorney's initial registration upon admission to the bar, the obligation to register is triggered by the attorney's birthdate every other year thereafter, and an attorney has a 30-day grace period following his or her birthdate in which to satisfy the obligation (see Judiciary Law § 468-a [2]; Rules of Chief Admin of Cts [22 NYCRR] § 118.1 [a]-[c]).  Since the registration requirement applies "for as long as the attorney remains duly admitted to the New York bar" (Rules of Chief Admin of Cts [22 NYCRR] § 118.1 [a]-[c]), it may only be terminated by the attorney's death, disbarment or formal resignation upon order of the Appellate Division (see generally Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]).[1]

The failure to duly register as an attorney "shall constitute conduct prejudicial to the administration of justice and shall be referred to the appropriate appellate division . . . for disciplinary action" (Judiciary Law § 468—a [5]; see Benjamin v Koeppel, 85 NY2d 549, 556 [1995]; Rules of Chief Admin of Cts [22 NYCRR] § 118.1 [h]).  To be sure, the Rules of Professional Conduct explicitly define "conduct that is prejudicial to the administration of justice" as attorney misconduct (see Rules of Professional Conduct [22 NYCRR 1200.0] rule 8.4 [d]), and this Court has repeatedly and consistently held that an attorney's failure to comply with his or her registration requirements is professional misconduct warranting the imposition of discipline (see Matter of Attorneys in

_____

[1]    We further observe that, over and above the biennial registration requirement, every New York attorney also has an affirmative duty to keep the Office of Court Administration apprised of his or her up-to-date contact information (see Rules of Chief Admin of Cts [22 NYCRR] § 118.1 [f]).

-3-                    PM-67-19

Violation of Judiciary Law § 468—a, 113 AD3d 1020, 1021 [2014];
Matter of Attorneys in Violation of Judiciary Law § 468—a, 65
AD3d 1447 [2009]; Matter of Arms, 251 AD2d 743, 743—744 [1998];
Matter of Ryan, 238 AD2d 713, 713—714 [1997]; Matter of Farley,
205 AD2d 874, 874—875 [1994]).

     AGC has put forth uncontroverted evidence of respondents'
misconduct in the form of documentary proof that each respondent
has repeatedly failed to fulfill his or her attorney
registration obligations and remains delinquent in that
obligation to date (see Rules for Attorney Disciplinary Matters
[22 NYCRR] § 1240.9 [a] [5]).  Accordingly, AGC's motion is
hereby granted and the 2,353 respondents listed on the schedule
attached hereto are suspended, effective immediately and until
further order of this Court (see Rules for Attorney Disciplinary
Matters [22 NYCRR] § 1240.16; see also Matter of Attorneys in
Violation of Judiciary Law § 468-a [D'Alessandro], 169 AD3d 1349
[2019]; Matter of Jing Tan, 164 AD3d 1515 [2018]).

     Garry, P.J., Clark, Aarons, Rumsey and Pritzker, JJ.,
concur.



     ORDERED that the motion of the Attorney Grievance
Committee for the Third Judicial Department is granted; and it
is further

     ORDERED that the respondents listed on the schedule
attached hereto are suspended from the practice of law,
effective immediately, and until further order of this Court;
and it is further

     ORDERED that, for the period of suspension, each named
respondent is commanded to desist and refrain from the practice
of law in any form in the State of New York, either as principal
or as agent, clerk or employee of another; and each respondent
is hereby forbidden to appear as an attorney or counselor-at-law
before any court, judge, justice, board, commission or other
public authority, or to give to another an opinion as to the law
or its application, or any advice in relation thereto, or to

-4-                        PM-67-19

hold himself or herself out in any way as an attorney and
counselor-at-law in this State; and it is further

ORDERED that each respondent shall comply with the
provisions of the Rules for Attorney Disciplinary Matters
regulating the conduct of suspended attorneys and shall duly
certify to the same in his or her affidavit of compliance (see
Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.15);
and it is further

ORDERED that this Memorandum and Order on Motion shall be
deemed served upon respondents by its publication on the website
maintained by this Court and by weekly publication on this
Court's Twitter account for a period of no less than 30 days.


ENTER:


Robert D. Mayberger
Clerk of the Court

SCHEDULE                    PM-67-19

| NAME | ATTY. REG. NO. |
|------|----------------|
| A RONG, FNU | 5072905 |
| AARON, HARRIS JAY | 4042982 |
| ABAYA, MARK FRANCIS PANLASIGUI | 4787180 |
| ABELLARD, DELPHINE ANNE | 2501112 |
| ABLO, SELIM | 4086682 |
| ABONGWA, EMMANUEL NGWA | 2779304 |
| ACHLIOPTAS, PAVLOS | 4853222 |
| ACOSTA, ERIK CHRISTIAN | 4178471 |
| ADACHI, KINJI | 4529095 |
| ADAMS, LINDA | 2744712 |
| ADDO-ATUAH, EWURAFUA | 4849477 |
| ADEMOLA, ABAYOMI ADEOLU | 4401832 |
| ADEYEMI, OLUFOLAKE AYODEJI | 4214722 |
| AGUDELO, MAURICIO | 4847927 |
| AGUELE, CHRISTINE MARIE | 2795987 |
| AHIEZER, ROY | 4113676 |
| AHMAD, FATIMA FAROOQ | 3068632 |
| AHMAD, ZARA SARFRAZ | 5194832 |
| AHMED, AZIZA | 4710539 |

-2-                              PM-67-19

AHN, JEHYUN                              4631933

AKINTOMIDE, CECILIA OLUBUKOLA            2370567

AKUSU-OSSAI, AUGUSTA OVO                 4572145

ALABURDA, LAWRENCE                       1995422

ALBANESE, CHRISTOPHER JOSEPH             4020269

ALESE, OLUFEMI ABAYOMI                   3930187

ALEXANDER, KEVIN JOHN                    2014819

ALGILANI, DANIEL KAMIAR                  4585014

ALI, AHMAD                               4175121

ALI, PERVEEN RACQUEL                     4544771

ALJALIAN, NATASHA N.                     3035649

ALLEN, THOMAS ATHERTON                   2773232

ALLPORT, WILLIAM WILKENS                 1764042

ALMASIAN, MICHAEL VAROUJAN               2550903

AL-NAIMI, MACHAILLE HASSAN               5137062

ALSAHLANI, MUTHNA SALIH                  4709002

AMAH, UDOKA OBIE                         4475612

AMAKO, OGECHI OBIAGELI LORRAINE          4642930

AMANEZIS, ZOE N.                         5059795

AMINI, LISA                              4123402

-3-                          PM-67-19

AMOBI, IJEOMA OLUCHI                      4331385

AN, HONG JUN                             4981346

ANATOLITOU, ANNA                         4122859

ANDERSON, RACHEL HOPE                    4383071

ANDERSON, KENNETH L                      4259255

ANDERSSON-WILLARD, NINA ELISABET         4210167

ANDISON, TIMOTHY ALEXANDER GORDON        3975703

ANDO, JUN                                4442570

ANDREWS, SARAH LENA                      4446357

ANDROSKI, MARY B.                        2609436

ANIEDOBE, CHRISTOPHER EGBUNA             3982196

ANSARI, IRAM KHAN                        4427308

ANTHONY, STEPHEN MONYEL                  4805347

APPIAH, JOHN FRANCIS KWESI OTUROKU       4166138

APPLEBY, RONALD CRAIG                    2474088

ARAI, NAOKI                              2469229

ARMSTRONG, CHANETTE JIYEUN LEE           2900488

ARRIETA, IGNACIO RAMON                   4224838

ARROYO, ROBERT LUIS                      2942977

ARROYO, DAVID MATTHEW                    4372991

-4-                                PM-67-19

ASADA, TOMOKI                                4253696

ASADI-SARAVI, KEVIN I.                       4450169

ASAKA, ANSON CARLTON                         2923340

ASHWORTH, WILLIAM ROBERT                     2657963

ASTAKHOV, EVGENY V.                          3015690

ATKINSON, EMILY REBECCA                      4733325

ATUAHENE, BERNADETT                          4219713

AVALLONE, JOY LINDSAY                        4966123

AVERY, PETER MICHAEL                         4409272

AWOSIKA, OMOTOLA OLUWAFUNKE                  4048096

AWUAH, YAW OFORI                             4432662

AYLESWORTH, KAFAYAT MORENIKE                 4308722

BABB, MARGARET JOANN                         2396703

BACH, BRYAN JOSEPH                           4958435

BACON, ELIZABETH LOGSDON                     2593226

BADANES, MARSHA SCHROEDER                    2875102

BAE, JUNG HWAN                               4914834

BAEK, JAE HO                                 4671780

BAEK, DAEYONG                                4898623

BAEK, ARNOLD YOO-HUM                         4414132

-5-                           PM-67-19

| | |
|---|---|
| BAGEAC, CHRISTINE R. | 2986156 |
| BAHI, MYRIAM | 4855987 |
| BAI, JUNLIN | 4976783 |
| BAILESS, JESSICA ANN | 4244257 |
| BAILEY, BRIAN D. | 4579074 |
| BAKER, JAVONNA CIERRA | 5167093 |
| BALDWIN, COURTNEY LYNN | 5112248 |
| BALES, AMY RENEE | 4390704 |
| BALKE, GREGORY ALAN | 2389682 |
| BALL, JOSEPH AARON | 4509329 |
| BALLANTYNE, CHRISTINE MICHELLE | 4319505 |
| BALLEGOOYEN, JACK VAN | 2566198 |
| BALLON, DANIEL | 4947594 |
| BAMPTON, DEBRA KAREN | 2845527 |
| BANGURA, HAWA-JANE | 2847176 |
| BANKS, PATRICK VINCENT | 4076709 |
| BANNACH, KEITH BERNARD | 2912350 |
| BANSAL, JASPREET KAUR | 4632774 |
| BAO, CHEN | 4319448 |
| BARAQUE, GEORGE JUAN | 2533370 |

-6-                              PM-67-19

BARRACHINA, PAULA                      5079652

BARRIE, THOMAS SHEARER                 2670321

BARRON, KEVIN LAWRENCE                 2178341

BARRON, SEAMUS JOHN                    4911715

BARSIMANTO, MICHAEL ANTHONY            5155619

BARTLETT, LOU STEVENS                  2287878

BASCH, SOLOMON HERTZEL                 2469484

BASERI, NAZANIN                        4914495

BASHA, BESIM                           3070398

BASS, RICHARD WAYNE                    4489852

BASS, ALLEN DEEPAK                     4959078

BASTIAN, ZACHARY MICHAEL               5096102

BATEH, FUAD YOUSEF                     3998770

BATTISTI, JOHN JAMES JR.               4711123

BAUDLER, DAVID EVAN                    2208700

BAUMRIND, JOANNE SANDRA                2070969

BEAN, LONNIE JAMES                     5119896

BECKER, MICHAEL KARL                   2118008

BEDDINGFIELD, ANN S.                   1884618

BEESLEY, SIMON RICHARD                 4075271

-7-                                    PM-67-19

BEHRMAN, ROBYN LORI                    2615961

BELL, JOHN MICHAEL                     4341939

BELL, ANGELA CHRISTINE                 4506457

BENGI, TSIPORA                         4905493

BENITEZ, WILFREDO                      4076147

BENNETT, LEE ANTHONY                   2965226

BENNETT, MICAELA PRENDERGAST           4436259

BENNINGFIELD, WILLIAM ANTHONY          4787313

BENSON, RICHARD W.                     4113155

BENSON, BRUCE WILLIAM                  2389914

BENZ, WILLIAM WALKER                   4067096

BENZAQUEN, MAURICE                     4049722

BERGLUND, GEORGE DARRELL               2249258

BERGMAN, ARTHUR                        2292290

BERHANE, DANIEL MESGHENNA              4335535

BERKENBUSCH, KATHRIN                   4004370

BERKOWITZ, NANCY LEE                   2749901

BERLER-SHAPIRA, AYALA                  2996668

BERNSTEIN, AMIR YAACOV                 4021432

BESLOW, EDWARD DOAN                    1883081

-8-                                    PM-67-19

BHASIN, SAURABH                            4428629

BHATTACHARYA, SHILPI                       4636320

BHINDI, KETAN DHANESH                      4840096

BHULLER, HARSHAREN KAUR                    4425047

BIBLIOWICZ-GOTTLIEB, MALKY                 4249132

BIDDLE, RANDAL SCOT                        4093928

BIRINGER, KELLY JEAN                       4892428

BISHNOI, ASHWIN                            4593380

BISHOP, DONALD J.                          1546340

BLINICK, JESSE NOAH SIMON                  4623161

BLINKOVA, NATALIA VICTOROVNA               2990323

BLIZNIKAS, TOMAS                           4112280

BLOCK, CARSON CUTLER                       4378261

BLOMBERG, ERIC GEORGE                      4351375

BLUMENTHAL, MORRIS                         4306205

BOAKYE, MARY ADWOA                         2818847

BOAKYE-AGYEI, DOREEN GENEVIEVE             4679353

BOBB, MATTHEW IAN                          5024252

BOBENSKI, ANDREW LEE                       4869459

BOBINGER, LINDSEY PATRICIA                 4739223

-9-                          PM-67-19

BOBROW, ADAM FRANK                        2902856

BOCHNER, JOANNA                           4260600

BODIN, CAROLE                             4749701

BOITEAU, MARISOL                          4129458

BOND, KATHLEEN ELIZABETH                  4978490

BONDER, ALAN M.                           2519536

BONGARD, VICTOR  III                      2952539

BONNICI, GISELE LISA                      2906980

BORDON, JEFFREY SCOTT                     4772638

BORGFORD-PARNELL, NATHAN ARTHUR           4863726

BOSMANS, BERTRAND G.                      2058659

BOSON, BO MARTIN                          3896396

BOSWORTH, STEPHANIE MONIQUE               2656726

BOUBEKEUR, ILIANA NADIA                   3934049

BOUDREAUX, JOSHUA PAUL                    4636064

BOUILLION, KENNETH ANTOINE                4218129

BOUMAN, JEFFREY STUART                    4030888

BOURDEAUT, THOMAS CHRISTOPHE              4539177

BOURKE, RICHARD DAVID                     4422671

BOWEN, DIANA LEE                          3985462

-10-                              PM-67-19

BOWLES, JENNIFER S.                 3992997

BOWSER, ALAN STEELE                 2896991

BOYD, MARY                          4951554

BOYE, BOBBY WALLY                   4786729

BOYKIN, JERRY WILLIAM               2993749

BOYLAN, ERIN ELIZABETH-ANN          4714911

BRANDT, COLEEN LEIGH                3946647

BRANS, DENNIS MARTIN                2195949

BRASWELL, JENNIFER WINSTON          4133088

BRAUN, DAPHNE CAMPBELL              3928603

BREGASI, FLORION                    4426185

BREITOWICH, SYLVIA LEAH             5025820

BRENNAN, MICHAEL BARRY              3879368

BRESOLIN SILVER, SARAH KATHRYN      4605358

BRETTHOLZ, MYRIAM                   4172045

BREWER, CRISTOBAL                   4136784

BRIAN, DOROTHY ELIZABETH            4322285

BRIDE, MICHAEL THOMAS               4588679

BRIGGS, JULIET CHRISTOPHER          4951521

BRINGER-MERMONT, MATTHIEU JEAN      2688828

-11-                           PM-67-19

BRIZZELL, ANN MARGARET                  4359154

BRODSKY, SANDRA EILEEN                  2558427

BROMBERG, RACHELLE                      2108298

BROOKS, THOMAS FRANK                    2881191

BROOKS, JEFFREY L                       4350971

BROWN, LAURENCE KENNETH                 1597376

BROWN, G MICHAEL                        1811066

BROWN, MICHELLE ANN                     3892494

BROWN, WESLEY BRANDON                   4027413

BROWN, ANNE MARGARET                    4424875

BROWN, LISA N.                          4274148

BROWN, STEVEN RAY                       4861316

BROWNE, KATHLEEN R.                     2914166

BRUDER, LAUREN JILL                     2464121

BRUNKER, ALAN JAMES                     4890786

BRYANT, MEREDITH ADELE                  5178991

BUCKLEY, JOCELYN LOUISE                 5163662

BUDISH, ADAM E.                         2038875

BULJEVICH, ESTEBAN C.                   3991270

BULLARD, SUSAN DIANE                    4001798

-12-                              PM-67-19

| | |
|---|---|
| BULLICK, RICHARD JAMES | 4708970 |
| BUMBACO, MICHELLE A. | 2653558 |
| BURBERRY, LIZABETH HEATHER | 4514915 |
| BURGER, THOMAS JOSEPH JR | 2729192 |
| BURIANOVA, KLARA | 4134375 |
| BURKE, JOHN JOSEPH ALOYSIUS | 2290740 |
| BURNS, RICHARD ALLEN | 4309316 |
| BURWELL, CURT EUGENE | 4144820 |
| BUSSU, ORLY | 4236824 |
| BUSTOS, RITA JEAN | 4697538 |
| BUTCHER, HELEN | 4726071 |
| BUTTERFIELD, FRANK RICHARD | 4040044 |
| BYRNE, THOMAS BENEDICT | 4145280 |
| BYRNE, MARTHA ELIZABETH | 4505913 |
| BYRNES, JILL MARIE | 3027927 |
| CADIGAN, RICHARD THOMAS | 2976017 |
| CAGANDA, MARIA FRANCIA FATIMA MADAR | 4636056 |
| CAGNIART, ANNE-LAURE VIRGINIE | 5149075 |
| CAI, YAN PING | 4974598 |
| CAIN, DAX ELLIOT | 5068952 |

-13-                         PM-67-19

| | |
|---|---|
| CAJIAO, XIMENA T. | 2811479 |
| CALANDRA, JOANNE M. | 1934447 |
| CALBO, LEONARD PETER | 2525681 |
| CALECA, JOHN JOSEPH | 3056207 |
| CALLIER, SHAWNEEQUA LAUREN | 4499422 |
| CALVIN, KELLEY AMBER TOMPKINS | 4893343 |
| CAMERON, DONNA MARIE | 4421970 |
| CAMME, KRISTIN MARIA | 5129754 |
| CAMP, JOHN W. II | 3907615 |
| CAMPANELLI, KRISTINE MARIE | 4897229 |
| CAMPBELL, ROXANNA SOPHIA | 3995404 |
| CANNIFF, CHRISTOPHER THOMAS | 4961439 |
| CAPACCIO, WENDY ELIZABETH | 4043980 |
| CAPITAN, JOSEPH DAVID | 4754891 |
| CAPONE, CHRISTOPHER JAMES | 4691572 |
| CARACCIOLO, DAVID | 4094603 |
| CARDONE, JESSICA LEE | 4607487 |
| CARMAN, MICHAEL LEWIS | 4474524 |
| CARROLL, EDWARD JOHN | 2290195 |
| CARVAJAL, LAZARO | 4637112 |

-14-                              PM-67-19

CASAGRAND, ROBERT STEPHEN                 4798708

CASCANETT, ANN ELIZABETH                  4028585

CASEY, DONAL PATRICK                      2558633

CASHMAN, DANIEL FRANK                     1782333

CASIE CHITTY, ROZAIN ELIZABETH            4317186

CASPI, DAVID JORDAN                       3007978

CASSIDY, JOSEPH FRANCIS                   4155974

CASTANEDA, KAREN GAY                      4428926

CASTRILLON, ANDRES A.                     4577680

CAVANAUGH, JOHN JOSEPH JR.                5022694

CAYTEN, THOMAS E.                         2195055

CECH-VINHAIS, VIKTORIA KAROLINA           2879765

CETINKAYA, EMINE OYA                      4248951

CETKOVIC, DRAGAN MARINKO                  2421311

CEVOLI, KRISTEN ROSE                      4971198

CHAE, SUNG YONG                           4632105

CHAFFEE, DEVON ELIZABETH                  4769170

CHAMBAZ, NATHALIE BEATRICE CELINE         4157889
MARI

CHAMBERLAIN, CLYDE ERNEST                 2881977

CHAMBON, LAURA                            4937546

-15-                                PM-67-19

CHAMSEDDINE, JAD                              4917092

CHAN, CHIH-WEI                               4594461

CHAN, PEARL CHI PUI                          4996740

CHANDARANA, YOGAIN JITENDRA                  3897360

CHANG, YIWEI                                 2140200

CHANG, CHU-YOUNG                             4057329

CHANG, YOUNG-SOO                             4437356

CHANG, SHENG-HSIN                            4238333

CHANG, GWIYOUM                               4851648

CHANG, KRIS YUNHEE                           2901924

CHANG, HSUEH-E                               4078622

CHANG, CAROLINE HWA-I                        4068144

CHANG, BO EUN                                5109897

CHANG, JOANN SEOJIN                          4819231

CHANG, LING-FANG                             5082524

CH'ANG, MICHAEL HSIN-CHIEH                   4871851

CHAO, WEI-HUNG                               2959948

CHAO, PEI-JUN                                4750006

CHAPLA, JENNIFER KATHRYN                     4709028

CHARBIT, JONATHAN                            5173646

-16-                              PM-67-19

CHATFIELD, JEFFREY CHARLES            2528677

CHATTERJEE, SOHINI                    4296125

CHATTERJI, SHAGOR KENT                2849818

CHATTHAWEESAK, THIRAPHAT              4958450

CHAUDHURI, PRIYANKA                   4918629

CHAUDRY, MADEHA K                     4478350

CHAYOUN, EMILY                        4911012

CHECK, CAROLYN MICHELLE               4840187

CHEN, CHING-HUA                       4671087

CHEN, LUYING                          4230264

CHEN, XINMEI                          4237467

CHEN, HAI-LUN                         4727509

CHEN, CHENG-HO                        4541736

CHEN, HSIN-YI                         4436945

CHEN, YU-CHANG                        4835740

CHEN, SZU-YU                          4708822

CHEN, GARY                            4624433

CHEN, CHIEN-YING                      4452009

CHEN, XUNFENG                         4945556

CHEN, YANYANG                         4667127

-17-                          PM-67-19

| | |
|---|---|
| CHEN, YING | 5153390 |
| CHEN, AIJING | 5185475 |
| CHENG, GUOCHUAN | 4726162 |
| CHEUNG, SAMUEL DAVID | 4199824 |
| CHEVALIER, MAURICE THOMAS | 4902698 |
| CHEW, ELLY | 4352480 |
| CHIA, DORCAS LU-ANN | 4946224 |
| CHIAZOR, PATRICIA | 4071692 |
| CHIN, SARA T. | 4676607 |
| CHINYERERE, POINTER KUFAKUNESU | 5182142 |
| CHIU, CHAOYUAN | 4528717 |
| CHIU, CHIEN-HSUN | 4470043 |
| CHO, LOUISE M. | 2540029 |
| CHO, SUNG KUK | 4230793 |
| CHO, SUNG HUN | 5087143 |
| CHO, SANGJOON | 4766580 |
| CHO, CHUNG HYUN | 5057443 |
| CHO, SOO-HYUN | 4528600 |
| CHO, HEE-KYOUNG SPIRITAS | 4707345 |
| CHO, SEUNG WOO | 4854444 |

-18-                           PM-67-19

| | |
|---|---|
| CHO, WON JUN | 4492229 |
| CHO, WOOHYOUNG | 5056320 |
| CHO, SOOYEON | 4496162 |
| CHO, YEN-AN | 5087986 |
| CHODOSH, LEONARD | 1744374 |
| CHOI, MYUNGSUK | 4350641 |
| CHOI, JAE SEOG | 2910636 |
| CHOI, CHUL WOOK | 4560306 |
| CHOI, YOUNG JOO | 4570966 |
| CHOI, MYEONG-HO | 4264503 |
| CHOI, INSUN | 4503926 |
| CHOI, INHO | 4405742 |
| CHOI, JONGMOO | 4959623 |
| CHOI, KYEUNG SEO | 4677290 |
| CHOI, JUNG YOON | 4741963 |
| CHOI, IN YOUNG | 5017561 |
| CHOI, SEUNG BUM | 4957528 |
| CHOKSI, RACHIT | 4929683 |
| CHONG, JONATHAN JOONG-MOOK | 4592770 |
| CHOO, HYUN CHUL | 4604930 |

-19-                              PM-67-19

CHOU, CHENG-FONG                              4950218

CHOUGH, WON HEE                               5026729

CHOW, LILY YEE LEE                            4731899

CHOW, ERIC                                    4673794

CHOY, SUNGWAN                                 4958765

CHRISNER, ERIC JOHN                           4861944

CHRISTENSON, GORDON SCOTT                     2298370

CHRISTIAN, GEORGE S.                          2037984

CHRISTIAN, FREYA LYNN                         2844348

CHUANG, SHIH-PAN                              4919205

CHUN, SUNG KEUN                               4755484

CHUN, KEE HONG                                5107727

CHUN, RUTH YOUNG                              4754933

CHUNG, SUNG BOK                               2820140

CHUNG, SUN YILL                               2779460

CHUNG, KEEYONG                                4133963

CHUNG, HYUN JOON                              5066519

CIBEJ, ZARJA                                  4525085

CIFUENTES DECASTRO, ALVARO C.                 1907724

CIPRIANI, EUGENE NICHOLAS                     2008852

-20-                          PM-67-19

| | |
|---|---|
| CIPRIANO, TRACI ANNE | 2915015 |
| CLAASSEN, ROBERT ALEXANDER | 2546208 |
| CLAPHAM, RONALD JOHN | 2339562 |
| CLARK, JOE BRENT | 1839398 |
| CLARK, STEVEN | 2974384 |
| CLARK, CHARLES FRANCIS | 2843753 |
| CLARKE, DONALD HARRISON | 1815760 |
| CLARKE, JOHN HARRISON | 4327540 |
| CLARKE, KANDACE LYN | 5064928 |
| CLAY, JOHN REED | 4418778 |
| CLEMENS, DAVID HAMPTON | 4498457 |
| CLORE, BRENT KENNETH | 4922019 |
| COCHRANE, KAREN DENISE | 1804137 |
| COFFEY, ANDREW JOHN | 4910915 |
| COGAN, KATHLEEN ANNE | 2270932 |
| COGAN, BILL | 4696290 |
| COGGAN, JAY MARSHALL | 4483590 |
| COHALAN, CARMEL MARY | 4950630 |
| COHEN, AVI | 2056398 |
| COHEN, FREDRIC R. | 1860808 |

-21-                          PM-67-19

COHEN, ROBERT FREDERICK                    1526433

COHEN, DAVID SAMUEL                        3062890

COHEN MCGREGOR, LESLIE ANN                 4680401

COLDWELL, FREDERIC LEWIS                   2497774

COLE, FELICITY ANN                         2078756

COLE, OLAYIMIKA ELAINE                     4054748

COLL, MARY ELIZABETH                       4484002

COLLENDAVELLOO, KAREN SARAH                4956777

COLLEYE, ELIZABETH HILLIARD                2801249

COLLINGS, JUSTIN MICHAEL                   5171962

CONNEELY, MARY MOYNIHAN                    4075685

CONNOR, BENJAMIN IAN                       4953618

CONOBY, MARK JOSEPH                        2318939

CONRAD, MATTHEW ALEXANDER WILLIAM          5030721

CONTE, RICHARD JOSEPH                      2803120

CONWAY, PATRICK JOSEPH                     2489565

COOK, NANCY LOUISE                         2889293

COON, DEAN MORRIS                          1617844

COOPER, LISA A                             2637338

COOPERMAN, ERIN BETH                       4866299

-22-                                    PM-67-19

COPENHAVER, CASSANDRA ANN                4343943

COPPOLA, PAUL MATTHEW                    2807055

COQUEBERTDENEUVILLE, HELENE              2850535

CORCHADO, CARLOS  JR                     4248423

CORRADO, MEGAN ELIZABETH                 4905550

CORSI, TIMOTHY MATTHEW                   4917514

COSTLEY, STEPHEN L.                      1939388

COTICCHIA, JOSEPH LOUIS                  2339703

COUNSELL, LORNA JOY                      4026225

COVEY, JUSTIN HUGH                       4993473

COVINO, ALFRED MICHAEL                   2499366

COX, DAWN CARESSE                        2929925

COXETER, DANIEL T.                       1281898

COXETER, SUSAN J.                        1830082

CRAIG, CYNTHIA DIANE                     4079497

CRAIG, SUSAN REBECCA                     4607347

CRALLAN, SHONA MACKINNON                 4417242

CRAWFORD, CURTIS RYAN                    4517843

CRAWFORD, JASON GETHING                  4870630

CREAGAN, NANCY WHITE                     2181709

-23-                              PM-67-19

| | |
|---|---|
| CREEGAN, TARA MARIE | 4631974 |
| CROKER, FIONNUALA | 4305561 |
| CRONIN, MICHELLE BERNADETTE | 4679684 |
| CRONIN, JOHN CONOR | 5176011 |
| CROUSE, JOSEPH R. | 1770999 |
| CROWE, DECLAN PETER | 4937348 |
| CRUDUP, JEFFREY MICHAEL | 4517124 |
| CRUZ, AVELINO JOCSON JR | 2366540 |
| CRUZ, ALBERT E. | 2334381 |
| CUMMINGS, RICHARD MARK | 2844140 |
| CUMMINGS, SHARON LOUISE | 4173910 |
| CUNNINGHAM, GAVIN ROBERT | 4345971 |
| CURRAN, CHRISTINE FLYNN | 4801619 |
| CURRY, PETER M. | 1998632 |
| CURRY, JOHN FRANCIS | 4499620 |
| CURTIS, CHERYL ANN | 4346672 |
| CYMET, JEFFREY ROGER | 2402873 |
| DA CUNZO, DANIELLA DAWN | 4225355 |
| DABULI, THERESA MARIA | 4950143 |
| DAFETA, OMATSHOLA ENAFETE | 4087581 |

-24-                          PM-67-19

DAHAN, LESLIE ELLEN ABELLA              2736668

DAHLEH, MUHAMMAD AHMAD                  2628725

DAINES, DONALD RICHARD                  2019636

DALY, CLARE MARGARET                    4835757

DALY, BRIAN DENNISON                    4727848

D'AMICO, DANIELA ROSANNA                4236402

DANIELS, ALEXANDER RICHARD              4917761

D'ANTONIO, VINCENT JOSEPH               2507663

DARENDELILER, ZEYNEP DURNEV             4813341

DASHEFSKY, RICHARD L.                   1959535

DAUPHIN, ALICE CHRISTINE                2532877

DAVIDSON, NAOMI LOUISE                  2419042

DAVIE, DOUGLAS ANDREW                   3999331

DAVIES, ROBERT BENJAMIN                 4976973

DAVILA, CATHERINE                       4389078

DAVIS, FREDERICK EDWARD IV              4941241

DAVIS, JEFFREY MICHAEL                  4913711

DAVITT, CHRISTINA MARIE                 4372454

DAWILAN, FULVIO DONGGAAS                4909750

DAY, AMY ELISABETH                      4492898

-25-                              PM-67-19

DAZE, ANDI DAVID                          4849733

DAZIN, EMMANUEL XAVIER                    4428322

DE BONIS, VICTOR MICHAEL                  1768910

DE DIOS, MIGUEL ANGEL                     2422830

DE KORTE, JURJEN PHILIP                   3983145

DE VRIES, ERAN                            4638664

DEAN, PHALADYA WYETA                      2931590

DEBONEE-WEIXEL, MARJORIE MAY              2969970

DECRESCE, EVAN DOLAN                      4914685

DEFOE, ANTHONY EDWARD                     4599247

DEFRANCO, ALLISON STEPHANIE               4809786

DEGRUCCIO, CHARLES GERARD                 2600385

DEGUILO, LEA CHRISTINE                    2921740

DELIN, SYLVIA KAUFMAN                     4570255

DEMENGE, ISABELLE ANNA                    2941052

DEMOND, WILLIAM P.                        4534434

DEMPSEY, MATTHEW JOHN                     3996931

DENG, DAVID KWOL                          5168372

DENG, ELIZABETH ASHAMU                    5133541

DENG, JINTING                             4887436

-26-                          PM-67-19

DENISON, THOMAS RENAU                    4261335

DENNEHEY, JAMES ROGER                    1263177

DENNIS, MICHAEL JOHN                     2085280

DENNIS, JUNE ANN                         4403119

DEPTULA, MARTIN G.                       3047172

DERKYI, ATTA KAKRA                       2559482

DEROSE, RONALD C.                        4165882

DESAI, PARUL PRABODH                     3991007

DESAI, NEAL DEVAN                        5075411

DESOUSA, CYNTHIA ANNE                    3037546

DESOUZA, IANA CARLEEN                    4557187

DESSEIN, PIERRE ALAIN JOSEPH             4790770

DETAFFIN, OLIVIER                        4113254

DEY, MAUREEN ELLEN                       2263358

D'HONDT, AMAND BENOIT                    4636734

DIALLO, SALIMATOU                        4354353

DIAZ, JENNY C.                           4356986

DICKEY, NANCY JANINE                     4686614

DIGIACOMO, CHRISTOPHER J.                4631347

DILL, SHAKIRA                            4748810

-27-                      PM-67-19

DILLON, MARY FRANCES                  4348843

DILLON, LORY CHIPPS                   3996451

DIMAS, ARTHUR                         2831006

DIMENGO, KATHERINE MARIE              4860623

DINEGAR, HARRIET CAROLINE             2714392

DINER, ALAN SAUL                      4329363

DIRKIN, WALTER JOSEPH                 4003356

DISMORE, MACKENZIE LYNN               4710778

DIXON, JESSICA AGNES                  4000584

DOBNER, ARI                           2857191

DOBREVA, ANELIYA MARINOVA             5013081

DOBROSHI, ANDUENA                     4075305

DOHERTY, MAURA MOLLOY                 4563466

DOIGAN, LLOYD DAVID                   1223874

DOMBROSKE, GEORGE MARTIN              2794147

DONG, MING                            4927372

DONG, GANG                            4697066

DONG, XIAOJIE                         5073002

DONG, SHENG                           5136213

DOOLEY, ANN MARIE                     2112621
DORFELD, PAUL DONALD                  4988655

-28-                              PM-67-19

DORMAN, ARNOLD JAY                        1237064

DOROTAN, MARIA LUWALHATI CASANOVA         5079769

DOUGLAS, ERIN KATHLEEN                    5060819

DOYLE, CONOR ANTHONY                      4206801

DRORY, MICHAEL SHELDON                    5097969

DUBINSKY, PAUL RICHARD                    2431567

DUBITSKY, DOUG                            4102653

DUBROFF, HAROLD                           1077411

DUCHARME, DANNY JOSEPH                    1859198

DUFFY, JOSEPH GERARD                      4392338

DUFFY, EAMON                              4530200

DUFFY, KIMBERLY JEANNE                    4889747

DUMAS, MARK EDWARD                        4329504

DUNDAS, ALLISON ANN                       2874212

DUNKLEY, ANIYA MARIAMA                    4568994

DUNN, PATRICIA ALICE                      2248987

DUNN, JONATHAN ADAM                       4706735

DUPEYRE, ROMAIN SERGE                     4405700

DUPUCH, SAMANTHA VIRGINIE                 5040001
DWORNICZEK, KELLY ANN                     4297073

-29-                              PM-67-19

DYNOWICZ, KIMBERLY PAIGE                4106332

DZUGAY, KURT HOWARD                     3000940

EARLE, ELIZABETH PATRICIA              3927985

EARLIE, KATHRYN MARY                    4382271

EASTON, STEPHEN WHITNEY                 1435437

EBERLE, GEOFFREY DANIEL                 2470920

EFEYINI, HOPE AKPOBARO                  3964954

EGBUIWE, ROSE NONYEM                    4241303

EHALT, MARY BETH                        5080858

EITEL, DOUGLAS RAY                      2241370

ELENDU-OKORONKWO, CHIGOZIE NNENNA      4862694

ELIAN, SHAIMAA MOHAMED IBRAHIM HAME    5042387

ELIASOPH, ELLEN RUTH                    1844117

ELLINGTON, MICHAEL LEONARD II          4235537

ELLIOT, THOMAS ROBERT                   4881678

ENDO, HIROMI                            2470599

ENDO, COREY MARIKA                      4406526

ENGE, GLORIA                            4896494

ENGINDENIZ, MERT                        2882389
EPSTEIN, DEBORAH LYNN                   2288520

ERCOLANO, THOMAS   III                  4956231

-30-                              PM-67-19

| | |
|---|---|
| EREWUNMI, FATAI | 4932588 |
| ESCANDON, JOSEPH H. | 4604781 |
| ESPINOSA COLOMA, SOPHIA FERNANDA | 4708343 |
| ESSIEN, SUNDRA VICTORIA | 4899035 |
| ESSIG, PHILLIP CHARLES | 2083707 |
| ESSUMAN, KOW ABAKA | 4795308 |
| ESTES, MAIA HUNT | 4425005 |
| EVAN, MARYANNE | 3928322 |
| EVANS, EDWARD ROGER | 1982628 |
| EVANS, SARAH RUTH | 3960796 |
| EXIOMO, GEORGE PAMINTUAN | 4711636 |
| EZURIKE, IBEAKOLAM KWAME | 4694519 |
| FABREGA, MARELISA DEL CARMEN | 2803385 |
| FACTOR, AVIVA | 2916393 |
| FAHY, ELAINE LUCILLE | 4448577 |
| FALADE, OLUTOYIN TITILAYO | 4357364 |
| FALLAS, THOMAS MICHAEL | 3046604 |
| FAN, YI | 4441127 |
| FANELLI, MICHAEL JOHN | 2774164 |
| FANG, YU-HUA | 4865523 |

-31-                          PM-67-19

FARMER, THOMAS LEO                        2598233

FARRELL, CIARA BRIGID                     4787065

FARUQ, LUBNA TANYA                        4609608

FASUNLOYE, DAVID T                        4320107

FAUST, WHITNEY STAFFORD                   4580460

FAVREAU, GLENN JOSEPH                     4485058

FAY, THOMAS PATRICK                       2214559

FAY, MEGHAN RHIANNE                       5042635

FAZZONE, RICHARD ALLAN                    1610237

FEDERIZON, RAMON REYES                    4450219

FEDERMAN, LYNNE HALLI                     1068212

FEENEY, CIARA                            4475430

FEOLA, MICHAEL TODD                       4498796

FERGUSON, ANTHONY BALLORD                 4956983

FERGUSON, MATTHEW OLIVER RAMBARRAN        4316378

FERNANDO, KANCHANA NILMINI                5075668

FIELDER, WAYNE M.                        1899483

FIGULI, SHADI REZVANI                     4867347

FILIPPS, ALLYSON                         3947231

FINE, SHERRI REESA                       2522092

-32-                    PM-67-19

FINE, JONATHAN DAVID MACLACHLAN          4111407

FIORENZO, BRADLEY JAMES                  3970753

FISCHEL, VALERIE SUSAN                   2703007

FISHER, NANCY E.                         1960335

FISHER, MAIA SIMONE                      4236584

FISHER, LAURA MARIE                      5159702

FISHMAN, ALEXANDER SAMUEL                2989341

FISHMAN, NEIL S.                         4437026

FITZGERALD, JONATHAN SCOTT               4225488

FITZGERALD, BARRY EDWARD                 4411559

FITZGIBBON, ANNE DARA                    4953188

FITZHENRY, EMER ANN                      5026612

FITZPATRICK, SINEAD EILEEN               4944476

FJELDGAARD, LASSE                        4960191

FLEISCHMANN, LAURA ANNE                  4493227

FLOOD, JAMES GERARD                      2396091

FLOOD, SIOFRA NIAMH                      3951142

FLYNN, ROBERT BELSON                     2471928

FLYNN, JILL BETH                         2952133

FOFANAH, BRAIMA                          3977402

-33-                              PM-67-19

| | |
|---|---|
| FOLEY, JOSHUA HARTY | 4209243 |
| FORAN, SUSAN ELIZABETH | 2263630 |
| FORDE, TIMOTHY JOSEPH | 2339851 |
| FORDE, SIOBHAN MARIE | 3979796 |
| FORMAN, MICHAEL SPENCER | 4774899 |
| FORSTER, LAWRENCE D. | 1986629 |
| FORTUNA, JILLIAN | 4811162 |
| FOSTER, GLENN BRIAN | 2264133 |
| FOUDRIAT, BRUCE M. | 2868321 |
| FOWLER, MATTHEW REGAN | 3950037 |
| FOWLKES, BRITTANY LEIGH | 3992161 |
| FOX, CHRISTOPHER MICHAEL | 4747259 |
| FOX, LAWRENCE STEVEN | 5157615 |
| FRAGOLA, VINCENZO | 4517934 |
| FRANCELLO, ROBERT | 2149037 |
| FRANCIS, MELISSA | 2803765 |
| FRANKLIN, ADAM REUBEN | 4577995 |
| FREY, ANNA-MIRJAM | 4845483 |
| FRICAUDET, FLORENCE | 4510533 |
| FRICKE, INGA LUISE | 2875870 |

-34-                              PM-67-19

FRIEDMAN, MIRIAM JO                    2589380

FRIEDMAN, ROBERT                       4757712

FRIEDMAN-HAUSER, ERAN                  4133203

FRIEND, MARTIN BARNETT                 2689719

FRONTCZAK, MORGAN FARGARSON            4133427

FU, CRYSTAL                            4219226

FU, XIAOCHEN                           5036942

FUENTEBELLA, ARNULFO P.                1959212

FUKUDA, RYO                            4613998

FULFORD, PRESTON IVAR HODGES           2964039

FUNG, MARY KUK LIN                     2152106

FURMAN, JEFFREY LEWIS                  1245182

FUSCO, MICHAEL ANDREW                  2994739

GABLE, JENNIFER DENISE                 4428728

GABRIEL, COREY JOHN                    4641999

GABRIELSEN, JASON DOUGLAS              4806295

GAFFAN, MAYA                           4607180

GAGLIARDI, JOSEPH MICHAEL              4961777

GAL-ALTBAUER, DANA                     4826848

GALLAGHER, MOLLY ANN                   2472983

-35-                          PM-67-19

GALLAGHER, JOHN MICHAEL              2478501

GALLAGHER, ELAINE D.                 4580023

GALLON, MICHELLE PATRICIA            4128260

GALVAN, SANDRA                       3931599

GAMM, EVAN DAVID                     4108502

GAN, NING                            2847390

GANDHI, RUPALI                       3997483

GANDULFO, PAULA                      4350906

GANNON, FRANK M.                     2105815

GANNON, JOSEPH RICHARD               4729398

GANNONE, DAVID CHRISTOPHER           4802310

GANT, JONATHAN                       4986519

GANTZ, ADAM JEREMY                   4824371

GARBUTT, JONATHAN NEIL               4416210

GARCIA BOUZAS, EVA                   4614137

GARCIA MORENO, PABLO ANTONIO         2500072

GARCIA-BOKOR, AMY BETH               2894715

GARRARD, IAN MICHAEL                 2481810

GASPARRO, NICKOLAS P.                4716858

GAUDET, MATTHEW CHRISTOPHER          2927556

-36-                          PM-67-19

GAUGHAN, AOIFE MARGUERITA                4219069

GAUTHIER, EDWARD CHARLES                 4667077

GAYLORD, TRACY ANN                       2729739

GELBLAT, ALEXANDRE JONATHAN              4896502

GELLER, LISA SARA                        4203253

GENGLER, COURTNEY ELIZABETH              4344073

GENOT, CLAIRE KIMBERLY                   4580759

GEORGE-CHENIARA, ELIZABETH FELICIA       4286951

GEORGES, ELIZABETH MARINA                2686152

GERAGE, ROBERT GARY                      4340451

GERMANO, MICHAEL NOLE                    4090411

GERSON, JOANNA BEATRICE                  4263992

GHEORGHITA, CRISTINA                     2877843

GHOSE, JOHN SHANTANU                     4380440

GILBERT, MATTHEW MICHAEL                 3948270

GILL, LATHE SHELDON                      3974425

GILL, JASON EDGAR LEWIS                  4682191

GILL, NAVPREET KAUR                      5063045

GILLESPIE, JULIETTE PATRICIA             4428215

GILLIS, BORDEN ROBERT                    3028578

-37-                          PM-67-19

GIORDANO, JOSEPH ANDREW                    4952826

GIRAUX, ARTHUR DOMINIQUE                   4902656

GISSIN, VALENTINA M                        4330262

GLASER, ANDI RAE                           3998416

GLASS, COLM MAOLMUIRE                      2573178

GLEICHER, DAVID WILLIAM                    2262905

GLENCASTLE, OLIVIA                         4956454

GLYNN, KEVIN MICHAEL                       4332037

GODA, TAKAHIRO                             4954350

GOLD, TSVI JOSHUA                          3935780

GOLDMAN, JUDITH ELISE                      4229704

GOLDSTEIN, ROBERT MICHAEL                  2813913

GOLDSTEIN, EITAN MICHAEL                   5132782

GOMEZ, ANDREW CHRISTOPHER                  4896023

GOMEZ POMBO, ERNESTO                       4861019

GONCALVES, MARILYNE PEREIRA                4256525

GONCALVES, TARSIS HENDERSON BARRETO        4961868

GOODMAN, KENNARD MORRIS                    1812759

GOODMAN, WILLIAM DONALD                    1905058

GOODMAN, GLENN DAVID                       4577607

-38-                        PM-67-19

GOPALA KRISHNAN, ELSA ODETTE                4143673

GORDON, MARK EVAN                           4956843

GORHAM, JOEL PHILIP                          1290048

GORMAN, TERRENCE ANTHONY                    4203865

GOTTFRIED, NANCY JANET                       2179414

GOTTLIEB, ALAN J.                            1881705

GOTUZZO, GIANINA                             4087094

GOULD, PATRICIA H.                           2604304

GOVE, STEVEN CHARLES                         4135000

GOZON, FELIPE L.                             1955764

GRABLE, LLOYD RAUL                           1850379

GRABOWSKI, AMY BETH                          4094066

GRAICHE, STEFAN                              4636791

GRANT, MARY ELIZABETH                        2996205

GRATZ, ROBERT DAVID                          4562195

GRAY, BILLIE                                 2081370

GRAY, NIAMH ROSE                             5165964

GREEN, CHRISTA LYNN                          4548434

GREEN, BRIANA CHRISTA                        4695458

GREEN, ADRIAN GEORGE                         4734083

-39-                        PM-67-19

GREENLEAF JONES, SHARI LYNN              2114239

GREENZANG, STEVEN SAUL                   1702083

GREGG, ROBERT SCOTT                      4607990

GREGORY, AMANDA MARY                     4668265

GRIESER, AARON PAUL                      4637591

GRIMALDI, RALPH CAMORS III               4409421

GRODMAN, IAN RICHARD                     2543924

GROSSE, DAMIEN                           4585592

GROSSMAN, LIANA RACHEL                   4475513

GRUNWALD, ANNE CATARINA                  4351268

GRUSHCOW, JEREMY MAXWELL                 4442836

GRUSS, JOSEPH WILLIAM                    4531844

GU, WEI                                  4114112

GU, SHIANG-LING                          4303053

GU, WENTING                              5140330

GUARDIA, MARIA CRISTINA                  4792602

GUERRERO, MARIA INES                     4071437

GUILHEM-DUCLEON, SOPHIE CHANTAL          4045274

GULLUNI, ANTHONY DOMENIC                 4738100

GUO, YI                                  4605275

-40-                        PM-67-19

GUPTA, DHRUTI GIRISH                    4197406

GURRERA, ANGELA MARIE                   3023033

GUTCHESS, GARY H.                       2104248

GUTH, EHUD YOEL                         2221984

GYLES, MICHELLE TRACIEANNE              2568731

HAENLE, JUTTA                           3879384

HAERIZADEH, SONIA                       5137021

HAFKIN, JESSICA ELISE                   4662045

HAGAN, WILLIAM JOSEPH                   4134649

HAGG, KELLY FITGERALD                   4037073

HAH, JUNG CHUL                          4885315

HAHN, RICHARD H.                        4441549

HAILE, HANNA AZBAHA                     5069117

HAINES, LISA BONNER                     3951373

HAISCH, ANTHONY ALBERT                  2290708

HALE, AMY CATHERINE                     5046982

HALLADAY, CASEY WILTON                  4395299

HAM, JUNG HOON                          4955233

HAMLIN COLLINS, ALLISON SARAH           2678522

HAMPEL, SHONA ELIZABETH                 4531281

-41-                              PM-67-19

HAMPTON, JON GOULD                        2919835

HAN, SANG-WOOK                            3063864

HAN, HEECHUL                              2872075

HAN, SEUNGHYUCK                           5112362

HAN, HYEWON                               4750840

HANLEY, JESSICA                           4988564

HANLON, SETH DAVID                        4666392

HANLON, KATHLEEN ELIZABETH                4543229

HANNA, MARK PATRICK                       4518841

HANNA, AUDLEY DAVID JR.                   4649174

HANNA, CATHERINE ELINOR RUTH              4643557

HAO, QIAN                                 4061644

HARKIN, NICOLE ANASTASIA                  4546263

HARMER, TONI LOUISE                       4539086

HARRIS, NICOLE BESS                       3943834

HARRIS, MORGAN ALICIA                     4025516

HART ROMAN, JOSMAR                        4676789

HARTE, HEATH DUDLEY                       2208395

HARVEY, JOSHUA ALLEN                      4331237

HASSAN, MEAGAN ELIZABETH                  4570578

-42-                          PM-67-19

HATFIELD, SLOAN EDWARD                  5125737

HATHAWAY, DIXIE A.                      1981729

HAUG, JONATHAN C.                       4737961

HAUGH, DONAL MICHAEL                    4283354

HAUSIRER, RONEN                         4490967

HAUSKENS, KIM TAYLOR                    4541249

HAUSMAN, MARTHA ALISON                  2459345

HAVEN, NANCY C.                         1927060

HAYHURST, ROBERT HUGH                   2440121

HAYS, JOHN JAMES II                     4746756

HE, WENGANG                             4289302

HEALAN, MICHAEL DAVID                   4552683

HEALEY, MICHAEL E                       4429874

HEATH, SPENCER DUFF                     4267902

HEMSTEAD, GILLIAN RUTH                  4488797

HENDRICKS, WILLIAM N. III               1894997

HENNIGAR, MARY JO                       2206464

HERNANDEZ, SEAN MARCIANO                3939121

HERNANDEZ, JENETTE                      4345070

HERNANDEZ, ANNERIS VIRGINIA             4748646

-43-                           PM-67-19

HERNANDEZ CUEBAS, JOSEPH WILLIAM        2218428

HERRERA, MARCO ALEJANDRO                4377792

HERRICK, BENJAMIN S.                    4149357

HERSH, JOSHUA ZALMAN                    2698900

HERTEL, CHRISTIAN OLIVER                2703890

HERTZBERGER, WOUTER                     4089215

HERZ, JENNIFER ANN                      4756383

HEYDARY, JAVAD                          4089777

HIGGINS, LOUIS HALL                     1225580

HILLMAN, ALISON ASHLEY                  4306452

HINCKLEY, PETER RUSSELL                 2760460

HIPPER, TODD STUART                     4086716

HIRSEMAN, DANIEL DREWS                  5069612

HITE, CHRISTOPHER DANIEL                4769782

HODGE, JOY ELIZABETH                    4636650

HOFFMAN, H. TIM                         4935748

HOFFMAN, CARY SCOTT                     2331700

HOFFMAN, SHANNON LYNNE                  2801793

HOFFMAN, AMBER SIOBHAUN                 4114500

HOLLEY, ANNE OBIDINSKI                  2096014

-44-                              PM-67-19

HOLLIS, JADE                              3939436

HOLTZ, JONATHAN PAUL                      4606273

HONG, JEONGSOON                           3049525

HONORE, EMILIE JEANNE                     4529509

HOOVER, WILLIAM THOMAS                    5164629

HOQUE, NINA NASEEMA                       4077285

HORTON, JAMES DANIEL                      4642690

HOSCAN, TUNC NURI                         4583290

HOUGH, MURRAY LEEVERN                     2083012

HOVE, YVONNE MARIE                        2847218

HOW, CHUN FAI                             4385704

HOWARD, JANET-LYNN                        4159786

HOWSON, MICHAEL JOHN                      5179205

HOZAKOWSKA, JULIA MAGDALENA               4581963

HROZENCHIK, MARK WILLIAM                  2891497

HRUSKA, JEANNE ORRISA                     4927422

HSIAO, WEI-CHUN                           4860789

HSIAO, PING KUO                           5133426

HSU, YAO-CHING                            3070166

HSU, PETER CHRISTIAN                      4328373

-45-                          PM-67-19

HU, TIE                                  5111810

HU, WENJING                              5117866

HU, YANFENG                              4989810

HUANG, ENHSU                             4260329

HUANG, SHU-YUAN STACY                    4754354

HUBLI, KENNETH SCOTT                     2338978

HUCKLE, JOHN W.                          1207596

HUDSON, LUCRECIA DIAZ                    2636397

HUH, YOUN JEE                            4945309

HUNG, YU-CHUAN                           4707295

HUNG, LENG-CHIA                          4936936

HUNT, WILLIAM KENNETH                    2772663

HUNT, BRIAN MICHAEL                      4422937

HUPP, JASON HOWARD                       2941151

HUPPUCH, THOMAS WARNER                   1432822

HUR, BO YOUL                             4633459

HURLEY, STEVEN PAUL                      2495117

HUSISIAN, JEFFREY                        2871119

HUSSEIN, YITZHAK E.                      4390902

HUSUM, HOWARD FALCK                      1766377

-46-                                    PM-67-19

HWANG, BYUNG ZOO                        4748612

HWANG, SUNG YOUL                        4871620

HYLTON, BRIDGETTE LORANE                4803912

IBIRONKE, ADEYEMI ADEBANJO              5113881

IBONGO, IRENE NJERI                     4397584

IDOWU, OMOTOLU OPEYEMI                  4217956

IHM, STEPHEN LAWRENCE                   2782944

IKEDA, TAKAHIRO                         5172812

ILMONEN, KLAUS RISTO                    3950177

INAMORI, KOICHI                         5160643

INBAR, AYA                             4538427

IORDANIS, ANASTASIA ALEXIS              4872032

IRIE, AKIFUMI                           4594347

IWACHIDO, SHINGO                        4687521

IWAKI, NAOKO                            4407250

JACOBSON, YONINA M. BENDHEIM            4455051

JACOBSON, EDWARD HENRY                  5022926

JACOBY, LEV SAMUEL                      4742458

JACQUES, STEPHEN CHARLES                2942944

JAGTIANI, SHARAN HARESH                 4146767

-47-                          PM-67-19

JAHN, CYNTHIA JEAN                      2287357

JAKUBIK, JEROME WALTER                  4036422

JAMES, ELLEN MOSEN                      4049342

JAMES, ROSEMARY B.                      2915999

JAMES, JENNIFA                          4959409

JAMES, JESSE MCCOY                      5018940

JAMISON, WILLIAM HOLDEN                 2289353

JANG, JISOO                             4035390

JANG, JU BONG                           4868071

JANG, RU-UEN                            4934279

JANSEN, MICHAEL                         4213229

JARMUKHANOVA, DINARA MARAT              4260238

JARRACH, PATRICIA LYNN                  4021622

JARUZELSKI, JANINA A.                   2038362

JEFFER, PETER ALAN                      2141604

JELENSZKY C, ENRIQUE R.                 2294023

JENKINS, MARYLIN                        2429124

JENKINS, CLAIRE ELIZABETH              2892511

JENNINGS, RUFUS ANDREW                  4304457

JEON, YONGJIN                           2382190

-48-                              PM-67-19

JERONIMIDES, HAYDEE ROSEMARY          2687572

JI, JUN                               2980993

JI, MING                              4332060

JIA, DIYAN                            4949962

JIN, XIN                              4076899

JIN, HAO                              4866919

JIN, MINGYI                           4823894

JING, LI                              4711792

JIRON, JUSTIN PATRICK                 3047651

JO, JEONGGYU                          2756922

JO, KANGHEE                           4335766

JOBSON, KEVIN ANDRE                   4733945

JOHNS, CHERYL MILLER                  4424503

JOHNSON, JAMES C.                     1606722

JOHNSON, MICHAEL LEE                  4710802

JOHNSON, ROBERT CLAUDE                4733465

JOHNSTON, GARY WILLIAM                2668085

JOHNSTON, COLM PAUL                   4643540

JOLICOEUR, MIRANDA GEORGIA            4666012

JONES, CHRISTOPHER STEVEN             4255410

-49-                              PM-67-19

| | |
|---|---|
| JONES, KALI CHANTELLE | 3937513 |
| JONES, LAURICE ELIZABETH | 2985638 |
| JONES, BRANDON DOUGLAS | 4830725 |
| JONES-JOHNSON, TAMBIA ISU | 4727400 |
| JORDAAN, JASMINE HALBREICH | 2971745 |
| JORDAN, BARRY JOSEPH | 4636841 |
| JORGENSEN, SUZANNE | 1861723 |
| JOSEPH, JOSHUA MINES | 4674636 |
| JOVANOVIC, HEIDI-HAKONE LOUISE | 4041992 |
| JOYCE, DEEPAK JOHN | 4117016 |
| JU, SOONAH | 4293049 |
| JUDGE, ANDREW DEREK | 2843696 |
| JUN, SOOHYUN | 4174454 |
| JUNG, TAESOO | 4362802 |
| JUNG, JOONGBAEK | 4175089 |
| JUNG, SU YOUNG | 4940698 |
| JURKOVIC, DANIEL JAMES | 2898831 |
| JUUL, PHILIPPA JANE | 2347375 |
| KABIR, MARGUB | 4531489 |
| KACHIKWU-OWEH, TANIA J. | 4516472 |

-50-                              PM-67-19

KAHAN, JEFFREY MARK                    2425106

KAHL, ABIGAIL DENBEAUX                 4124137

KAHLER, MARK P.                        1401975

KAISER, REBECCA LYNN                   4855078

KAKIGUCHI, YUJI                        4138541

KALINOV, ALEXANDER A.                  4160669

KANARFOGEL, TOVA L.                    4649877

KANG, CHUNG EOK                        2699700

KANG, SINHA                            4479143

KANG, MIN KOO                          4816195

KANG, SHIN HO                          4573911

KANG, HEUM JENG                        4614616

KANG, XIAOLEI                          4756177

KANG, HAN SUNG                         4520177

KANG, SHI                              4318739

KANG, HYE LIM                          5072970

KANG, HYOWON                           4927695

KANIARU, MUTHONI WACIENI               3891272

KANODIA, SHAHANA BASU                  3026424

KAO, ELIZABETH CHING WEN               5066279

-51-                     PM-67-19

KAPASI, MUSHTAQ ASAGAR                    4210084

KAPLAN, DALIT RIVKA TSIPORA               4914941

KARAM, WILLIAM BRIAN                      4308466

KARIM, SHEBA                              4149159

KARL, ANN MARIE M.                        1965581

KARO, RICHARD MICHAEL                     5014709

KASIANKO, MAURICIO PABLO                  4215224

KATABUKA MUGISA, BENJAMIN                 5070438

KATCHMER, GEORGE A.                       4714622

KATSUMATA, MANABU                         4741229

KATZ, SARAH REBECCA                       4230652

KAUR, SUKHVEER                            5173430

KAWAMURA, KAZUHIRO                        4403770

KAYSER, ANNA CAROLINE                     4840484

KEANE, DENIS JOHN                         2847309

KEARNEY, ADAM J.                          3988284

KEDDIS, MARISSA ANN                       4857777

KEENEY, JOHN PATRICK                      5074166

KEITH, HEATHER COLLEEN                    4711925

KELLEHER, ROBERT JEFFREY                  2353654

-52-                          PM-67-19

KELLEHER, SHANE DANIEL RICHARD          4237673

KELLEHER, JAMES JOHN                     4719969

KELLEY, MATTHEW THOMAS                   4360707

KELLEY, JENNIFER KELLY                   4116620

KELLY, SARAH THERESE                     2739860

KELLY, IMELDA BRID                       4204665

KELLY, ERICA MARGARET                    4922266

KENDRICK-HANDS, KAREN D.                 1883834

KENNEDY, RICHARD ANTHONY JR             2630242

KENNEDY, JAMES HOLLACE                   4094314

KENNEDY, ELIZABETH J.                    5064639

KENNEDY, MICHAEL AARON                   4079463

KENNEY, TARA LYNN                        4145132

KENNY, BERNADETTE MARIE                  4110615

KERNER, LISA JEANNINE                    2602597

KESNER, AMY                              2454379

KETCHEN, ANN F.                          3997269

KEUM, YOONSUP                            4614624

KEUTMANN, ANDREW KOBEL                   5017264

KHADEM, BABAK ROD                        4328035

-53-                          PM-67-19

KHAITAN, ASHUTOSH                        4323986

KHAN, OMER ZESHAN                        4476867

KHAN, IRUM NAZ                           4295481

KHAN, GULL YAMIN                         4315347

KHAN, TANIA NAZ                          4709648

KHANDUJA, SIMRAN                         4830667

KHANNA, MELANIE JEAN                     2889574

KIBATULLIN, TIMUR N.                     2849289

KIM, HEE-JIN                             2321735

KIM, KYUNG CHEOL                         3041654

KIM, GWANGHO                             2208015

KIM, EUIHYUNG                            2569986

KIM, DONG-OH                             2287662

KIM, DONGHYUN                            4149951

KIM, SEO BUM                             4381026

KIM, JONG CHEON                          4539383

KIM, HAENG-SERN                          4026746

KIM, CHANG HO                            4310447

KIM, MI-KYUNG                            4552022

KIM, HAKKYUN                             4313045

-54-                           PM-67-19

KIM, SEOK-YOUNG                    2870459

KIM, MIN HEE                       4396438

KIM, YONG-HO                       3992211

KIM, JIN HAN                       4138855

KIM, JONG BONG                     4389359

KIM, IN SOOK                       4486395

KIM, JOO-MEE                       4092565

KIM, HYUNCHOONG                    4091534

KIM, DOKYUN                        4247649

KIM, YOUNG SOU                     4830980

KIM, HO JIN                        4941308

KIM, SAE YOUN                      4888046

KIM, SUNG HO                       4749685

KIM, BYOUNG HEE                    5192018

KIM, YUJIN                         4560108

KIM, JOHN CHUNDOO                  4665188

KIM, BUMJIN                        5141833

KIM, KWANGRYONG                    5152442

KIM, HELEN                         3946688

KIM, TE-HYEE                       4559688

-55-                              PM-67-19

KIM, WOOKBAI                              4804126

KIM, BONG WON                            4733119

KIM, SUNG WOOK                           4847554

KIM, WOOK JUN                            4787966

KIM, SEONG HOON                          4831343

KIM, BEOM JOON                           4637740

KIM, MUN SU                              4702031

KIM, DONG WON                            4767877

KIM, KYOUNG YEON                         4571055

KIM, JEONG-HOON                          4305090

KIM, JOOHEE                              4336269

KIM, KI TAE                              4800108

KIM, TAEWAN                              5051347

KIM, KYU HYUN                            5182423

KIM, JANG HEE                            4782702

KIM, JUDY                                4226189

KIM, SEONG-SU                            5142138

KIM, KI NAM                              4988606

KIM, HERAN LAUREN                        4469987

KIM, GUN                                 5104989

-56-                          PM-67-19

KIM, KYUNG JIN                      5014196

KIM, MONA HYEKYUNG                  4733788

KIM, MOOWI                         4662250

KIM, JIHWAN                        4965208

KIM, MICHELLE MEEJUNG              5182050

KIM, EUGENE                        4905972

KIM, HAE YOUNG                     5100052

KIM, SUNGKEUN                      5175062

KIM, HAIREE                        5157474

KIM, JINSUB                        5166723

KING, LAOISE                       4427829

KING, CHRISTOPHER DAVID            4119640

KINGSTON, WALTER D. III            2039857

KITAMURA, YOICHI                   1903053

KITZMUELLER, MARTINA               4898235

KLEIN, AUDREY ELLEN                2390375

KLEIN, NATHAN                      4818928

KLIEWER, JOHN BROWN                2853430

KLINE, MICHELLE JAMIE              4917480

KLOTZ, CARL ERNST                  2299048

-57-                          PM-67-19

KNIGHT, BRUCE K.                        4345286

KO, DONG WON                            2748267

KO, YEON-KEUM                           3067352

KO, HENRY                               4750600

KO, HWANKYUNG                           5023361

KOEBERLE, CHRISTOPHER DAVID             4606117

KOGANOV, ALEXANDER                      4746558

KOGLER, MATTHEW JAMES                   2473684

KOH, SUNGWHAN                           4314795

KOHLHEPP, WILLIAM J. JR                 2289049

KOIKE, YOICHI                           2291326

KONDO, WATARU                           4925038

KOO, SEUNG MO                           4960142

KOPOLOVICH, FAY ANGELA                  4692794

KORADIA, NISHA PRAMOD                   4704458

KORMAN, DEBRA BETH                      2071868

KORMAN, MARTIN WILLIAM                  2334233

KOSHIVAS, ANN POULOS                    2526176

KOUTZOULIS, IRENE                       4123360

KOVALENKO, EVGENY                       4813986

-58-                          PM-67-19

KRATTER, MARK MICHAEL                    2554582

KRAWCEWICZ, ALEKSANDRA ELZBIETA          4963294

KREPPEIN, DAVID PATRICK                  3976743

KRESS, DAVID MICHAEL II                  4974218

KRISHNASWAMY, RUBHAN                     4694279

KRONOWITZ, RACHEL SAN                    2181725

KRYVOI, YARASLAU                         4704573

KRYWYJ, YVONNE MARIE                     4112678

KUBAS, JACEK                             5061494

KUHLS, TIMOTHY DAVID                     5114574

KUMAR, RAMANUJ                           4814547

KURTZ, JENNIFER MARIE                    4296661

KWOK, OSWALD TZE WING                    2112654

KWON, JONGNAM                            4000568

KWON, KEESUB                             2724557

KWON, OJOON                              4216271

KWON, GIDAE                              5162227

KYLE, THOMAS JOSEPH III                  4431847

LA VINA, MA. LUCILLA CELINA SALCEDO      4964946

LABRUM, JONATHAN JAMES                   5026257

-59-                              PM-67-19

LACHAPELLE, KINGA M.                  1361641

LADD, MONICA                          2332500

LADEJOBI, IBIRONKE                    4081113

LAFAZIA, DAVID A.                     4643532

LAFFAN, BILL DAVID                    4942744

LAFORGE, LOREN MARIE                  4551073

LAI, CHE WEI                          4835278

LAL, SEAN SATISH                      5157243

LALEYE, CHRISTIANA TEMITOPE           4955225

LALLY, KAMALPRIT                      4506358

LAMPARELLI, RICHARD BENJAMIN JR       3937174

LANCE, EMMA                           5155452

LANCZMANN, NATALIE ESTHER             2824746

LANE, ERIKA KAREN                     2545648

LANGAN, MAUREEN                       2916344

LANGE, MARGARET ANN                   2674976

LANZOT O'NEILL, JOSEPH EMILL          4917779

LAO, AI-CHU                           5042486

LAPIDOTH, ILAN                        2214047

LARKIN, MICHAEL JOSEPH                2957942

-60-                         PM-67-19

LARYEA, LORINDA IVY NAA AKUYE          4912523

LASRY, ERIC                            4168936

LATSOS, ANASTASIA CHRISTINA            5074489

LATULIPE, GREGORY DAVID                4087342

LAUCHLI, URS MARTIN                    2830917

LAUGHLIN, VERONIQUE DANIELE            4391108

LAURSEN, FRANCINE DENICE               3930336

LAUTERBACH, PAUL DOUGLAS               2946481

LAVITT, ROBERT GERARD                  2366128

LAWRENCE, KELLY SUMMERS                4251864

LAZAR, ROSALIND ANTOINETTE             4229985

LEE, JEONG HAN                         2994051

LEE, SEUNG HO                          4562849

LEE, IHNSOO                            5147079

LEE, JISOO                             4054904

LEE, DONGWOOK                          4484911

LEE, SANG WHA                          4895645

LEE, HYUN-DONG                         4659736

LEE, YEON BO                           4220612

LEE, JONG GOO                          4326781

-61-                          PM-67-19

LEE, SANG DEOK                      4558805

LEE, CHANG HWAN                     4577144

LEE, CHEOLKI                        4489704

LEE, BYOUNG HOON                    4441242

LEE, KYUNGSEOK                      5163423

LEE, BYOUNG-KI                      4759759

LEE, SANG SOON                      4746210

LEE, SOOKWON                        4642427

LEE, KYUMIN KEVIN                   4432241

LEE, JAEHONG                        4912317

LEE, DYLAN LIANG FAN                2969335

LEE, JUN HO                         4561031

LEE, CHAE JOON                      5088885

LEE, PETER SEUNG-K WANG             4310801

LEE, IKWON                          4851531

LEE, DONG JIK                       4788642

LEE, SEUNG HYUN                     4585295

LEE, SEONGKI                        4732368

LEE, JIHYE                          4408381

LEE, HYUNG WON                      5157425

                            -62-                    PM-67-19

LEE, JIN KOOK                              4662128

LEE, JAE SEUNG                            4974788

LEE, JEONGDOO                             4736971

LEE, DOUGLAS TAE HEE                       4421111

LEE, MYUNG KUN                            4861761

LEE, CHEN-HAI JOSEPH                       4224044

LEE, JONGHYOK                             5109517

LEE, MONICA BOYOUNG                        4302717

LEE, JUN SUH                              4348058

LEE, VERA EUN-WOO                         4997474

LEE, YANG-TSUN                            4706412

LEE, MEI-KUAN                            4498341

LEE, SUN GOO                             4924577

LEE, SUNGKYU SCOTT                        4708426

LEE, PO-CHING                            5076377

LEE, BARRY CHRISTOPHER                     4347704

LEE, CHRISTINE                           4732491

LEE, ANGELA MIN                          4741849

LEFANTE, FRANCESCA MARYANA                 4322426

LEHMAN, NICOLE LEE                        2709582

-63-                          PM-67-19

LEHRER, JEFFREY B.                          2225548

LEICHT, LEONARD CHARLES                     2669513

LEIGHTON, JENNIFER AMY                       4165734

LEITE-YOUNG, ROBERT CAPTAIN                  4866950

LEITH, MICHAEL JOHN                          4993317

LENNON, ANDREW PAUL                         5018106

LEPORE, ADRIENNE C.                         3975257

LEROY, PAUL                                 4678074

LESTER, STEPHANIE MARIE                      3049178

LETELLIER, CHARLES-PHILIPPE                  4294997
RAYMOND-FRANCK

LEVATINO, ANTHONY PAUL                      2588820

LEVINE, SAMUEL                             2916542

LEVINE, HOLLY BROOKE                        2749521

LEVY, PAUL ALLEN                           2007888

LEVY, NOAM                                 4106704

LEVY, SHACHAR                              4636239

LI, YAN                                    4506903

LI, XIAOCHENG                              4579629

LI, ZHONGXUAN                              4405676

LI, CHEN                                   4941019

-64-                        PM-67-19

LI, MIN                                4971172

LI, NA                                 4841417

LI, RUORAN                             4630083

LI, XIAOYUAN                           5079777

LI, JI                                 4967014

LIAN, XIN                              4865036

LIANG, XIAO QING                       4052189

LIANG, YAN                             4712568

LIAO, XINZHI                           4157624

LICHTENFELD, JOSEPH JAY                2454874

LICHTENSTEIN, LAWRENCE R.              2418630

LICHTENSTEIN, MERAV                    4600250

LIEBL, FLORIAN                         1781541

LIKER, JOSEPH MICHAEL                  4803326

LIM, YOUNG SEUNG                       2997401

LIM, JUNG HWA                          4613519

LIM, JI WOONG                          4600144

LIM, ERNEST WEE KUAN                   4586616

LIN, JOANNA YU-CHING                   2700557

LIN, HUEI-YING                         2881480

-65-                         PM-67-19

LIN, LIANG-RONG                    5027875

LIN, FENG                          4703781

LIN, HSIN-YI                       4650503

LIN, FENG-YI                       5171707

LIN, CHI-SHENG                     4963658

LIN, CHIH-CHIEN                    5050216

LIN, CHINI                         5119136

LINDAUER, KENNETH ELLIOT           2215564

LINDOR, LEGRAND GANDHI             4746236

LINDSAY, CHRISTOPHER L.            1966878

LINES, VICENTE                     3056041

LING, XIAO                         4719712

LINNANE, MARGUERITE MICHELLE       2365906

LIPP, BRIAN DAVID                  5115571

LIPSCOMB, COREY BENNETT            5097332

LIU, FANG                          3931151

LIU, HENGLIE                       4946182

LIU, ZHEN                          4515607

LIU, QIAN                          4600474

LIU, YUECHUAN                      5123864

-66-                           PM-67-19

| | |
|---|---|
| LLORENZ, JASON ANTHONY | 4496030 |
| LO, HSIU-PEI | 4512026 |
| LO, FONG YUE MAY | 4565263 |
| LO, WEI MING WILSON | 4979548 |
| LOCKER, HAREL | 4022539 |
| LOEB, NANCY H. | 1936574 |
| LOEWITH, NAOMI DORA | 4494720 |
| LOHIA, SWATI | 4646758 |
| LOMBARD, CORI ELLEN | 4932398 |
| LOMENZO, SANDRA NICOLE | 4825014 |
| LONG, BERNADETTE HELGA | 2569598 |
| LOOS, HARRIET ELIZABETH | 5137641 |
| LORENTZ, MEGAN MARGARET | 2962884 |
| LORTSCHER, GLENN WILLIAM | 4924973 |
| LOUGH, THOMAS STEVEN | 4930400 |
| LOUGHNEY, MAYRA HOLL | 2721413 |
| LOVITT, CLAUDINE MARIE | 2783298 |
| LOZANO, ARTURO | 4178034 |
| LOZITO, DANIELLE M. | 4160206 |
| LU, YUAN-SAN | 2242709 |

-67-                           PM-67-19

LU, PHUC HONG                          4216388

LU, HE                                 4470068

LU, PIN                                4543146

LU, YUXIN                              5074588

LUAN, PENG                             4948287

LUCAS, STEVEN RICHARD                  4859146

LUCE, PETER THOMAS                     4739413

LUCK, KAI ADAM                         4969598

LUM, MICHAEL KAH KENG                  4324273

LUNG, HOLLY SING YU                    4493896

LUPO, PETER JOSEPH                     4073425

LUU, KY                                4078861

LUZ, TAMAR                             4134250

LYONS, EDWARD JOSEPH                   2349009

LYONS, JENNIFER KAY                    4133872

MA, DA-WEI                             4583480

MA, KATHERINE JUI-YIN                  3996782

MA, ZHIHUA                             4089850

MA, YAN                                5056858

MA, JUN                                4940938

-68-                                      PM-67-19

MA, WEIYUAN                                 5044946

MACDONALD, VERONIQUE LAMY                   2612364

MACDONALD, MICHAEL FRANCIS                  4870820

MACKEY, THOMAS MORE                         4372124

MACKIE, JOCELYN ELIZABETH                   4959557

MACMASTER, DONALD FRANCIS                   2370112

MADRAZO CORDERO, PATRICIA                   4389110

MAEDA, NAOYA                                4906087

MAGGIO, MARGARET MARY                       2154441

MAGUIRE, HELEN CATHERINE                    4648622

MAHAR, LAWRENCE JOSEPH                      1138817

MAHAR, HEATHER LYNNE                        4241923

MAHL, MIDORI KYONO                          2605525

MAHONEY, SOL E.                             3936226

MAHONY, JESSICA JEAN                        5080478

MAITHA, MUTHEU                              3969367

MAKABE, HIROSHI                             2688091

MAKUCH, SARAH                               4619185

MALIK, ABDULLAH                             4351037

MALMUD, KENNETH LOUIS                       2152197

-69-                              PM-67-19

MALONE, CAOIMHE MAIRE                    4343927

MALONEY, MICHELLE MARIANNA               4977815

MALSKYY, OLEH                            4666905

MAMDANI, ALYKHAN AMIRALI                 2696532

MANARA, NICOLE                           4673430

MANDELL, VALERIE STEELE                  2726628

MANN, RAJVINDER KAUR                     5136395

MANNING, CAROLYN KANE                    4491494

MARAMAG, MARIA CORAZON                   4125985

MARGIOTTI, LOUIS A.                      4792099

MARGOLINE, GREGORY                       4630927

MARGREITER, VERENA                       2994887

MARITON, CASSANDRE MARIE                 4160693

MARKHAM, BURT JIN                        4153508

MARLEY, BRANDON HUGH                     5005376

MARMIER, PASCAL ANDRE                    3043312

MARR, BARRY WALTER                       1234608

MARTEL-ROY, ELIANE                       4943924

MARTIN, RICHARD NEVEN                    2628238

MARTIN, KAREN A.                         2456135

-70-                         PM-67-19

| | |
|---|---|
| MARTIN, MIA RENE | 4108080 |
| MARTIN, SHANE MICHAEL | 4663514 |
| MARTIN, JESSICA ANN | 4992723 |
| MARTIN, CASSI GENE | 5061155 |
| MASS, MYRA PILSON | 2843431 |
| MASSALOUX, JULIE | 4186854 |
| MASTRONIANI, ANTONIO FRANCO | 5108014 |
| MATEL-OKOH, ABOLANLE ABOSEDE | 2961415 |
| MATHIS, FELIX MARIA | 3866787 |
| MATSUMOTO, TAKU | 4396917 |
| MATSUMOTO, JINNOSUKE | 5055454 |
| MATUSIAK, ARI ADAM | 4897872 |
| MATYASH, OLGA | 5037056 |
| MAUTNER, ROBERT HOWARD | 4612800 |
| MAYBURY, GINA M. | 1726116 |
| MAZUR, WILLIAM HAROLD | 4924288 |
| MBATO, RHODA NTHAMBA | 4828166 |
| MC CAGHY, REGINA MARY | 4392379 |
| MCARDLE, PATRICIA | 2957280 |
| MCARTHUR, KAREN MAUREEN | 4166583 |

-71-                          PM-67-19

MCBRIDE, TERRY WILLIAM              3892668

MCCARTHY, BRIAN JEROME             2212769

MCCLEAN, VICTORIA HUSTON           2559607

MCCLURE, KELLY MARIE               4911947

MCCOLL, ANDREW STUART              4499141

MCCORKLE, SHEILA VICHELE           5025572

MCCORMICK, DAVID MICHAEL           2757201

MCCUE, ELIZABETH A.                2962660

MCDANIEL, DARRELL ROY              4001756

MCDONOUGH, CYNTHIA ELWELL          2590156

MCDOWELL, RICHARD WILLIAM          1772623

MCGARR, ROBERT FRANCIS             4146668

MCGIVNEY, PATRICIA ANN             2746451

MCGOLDRICK, GREGORY KEVIN          4524682

MCGOWAN, FRANCIS JAMES             2977171

MCGRATH, STEPHEN JOHN              1404060

MCGRATH, KARLA CHRISTINE           3037181

MCKEE, CYNTHIA N.                  1976372

MCLAUGHLIN, NEIL ALISTAIR          4959698

MCMANUS, ANNMARIE                  2336543

-72-                          PM-67-19

MCMURRY, LAUREN BOTTE                    4293676

MCNAMARA, ROBERT GRAHAM                  4380374

MCQUAID, ANDREW MARK                     4580361

MCWILLIAMS, MARY BAKER                   4043782

MEDRANO, JOSELINA LOPEZ                  4248597

MEEHAN, ALAN VICTOR                      4390738

MEHTA, KORA MANYU                        4872628

MENAR, PAULA ALEJANDRA                   4249280

MENDOZA HOLGUIN, FELIPE                  4632394

MENTI, JANET ANN                         2387397

MERCED AGOSTO, CHARLEEN ENID             5147400

MERCIER, MATTHEW THOMAS                  4663217

MERREN, LISA SABRINA                     4149290

MERTSALOVA, NADEZDA                      4656377

MESSINGER, MICHAEL JOHN                  4748455

METZNER, CHRISTINE MARIE                 2429983

MEYER, PATRICIA ANN                      2680007

MEYER, PAUL HOOGNER                      4075693

MEYER, JONATHAN WILLIAM                  5026711

MICELI, FRANCESCO LUIGI                  4733382

-73-                              PM-67-19

MICHELSEN, GREGORY                      4389664

MICHENER, SCOTT DAVID                   4103974

MIHALICH-LEVIN, LORI KAY                4372314

MILGROM-JASHEK, TAMMY                   4475604

MILKS, WILLIAM EDWARD                   2321792

MILLER, BRITTANY LEIGH                  4903308

MIMOTO, STANLEY MASATOMO                4824108

MIN, BYUNG IL                           2437093

MIN, BYUNGSUH                           5144126

MINDE, LUCIA TARAMA                     5194469

MINDLIN, MINDY                          2637395

MINKIN, DAVID NORMAN                    4345955

MINOR, STEPHANIE LAKESHA                4403853

MIRANO, ALEXANDER NICOLAS               2360261

MIRON, STEPHEN E.                       1428937

MIRVILLE, ROMEL JOSEPH                  4746970

MISTRE, RAPHAEL BORIS                   5188156

MITCHELL, JAMES A.                      3946910

MITCHELL, PETER HUGH                    4525226

MITRO, MATTHEW THOMAS                   4212254

-74-                          PM-67-19

MIURA, TAKATOSHI                          4164414

MIYASATO, NAOTAKA                         4701975

MIZUSHINA, AKEMI                          2605822

MLYNARCZYK, ADAM                          4630174

MOGBO, PETER CHIEDU                       2844488

MOHAMED OSMAN, NURALIZA BINTE             4548996

MOHAMMED, HEIDI SASHA                     5073267

MOHAMMED, AISHATU O.                      4579165

MOLAN, FELICITY ANNE                      5074133

MONACO, MARILYN M.                        2473395

MONTT-OYARZUN, JOSE-SANTIAGO              4474383

MOON, HOJOON                              4558342

MOON, JUNG-HAI                            4705687

MOON, JEESUN                              5167325

MOONEY, GERARD FRANCIS                    5096359

MOORE, HAROLD CLAYTON                     2563286

MOORE, SONJI ALISE                        4054615

MOORE, ROBERT EDWARD II                   4566493

MOORE, BENECIA BETTON                     4244737

MORALES, RAUL  II                         4707592

-75-                    PM-67-19

MORAN, EDWARD KEVIN                      2357382

MORENO, LUIS F.                          2835627

MORGAN, HOLLY ANNE                       5069919

MORIMOTO, CHIKAKO                        4205555

MORRIS, JAMES J.                         1616150

MORRIS, HENRY                            2906683

MORRIS, LUCY RHIANNON                    4917803

MOSES, ALEXANDER STEVEN                  2567006

MOSES, ANTHONY JOSEPH                    4857470

MOSS, MARCIA JANE SULLIVAN               2757474

MOSS, JONATHAN HENRY                     4687430

MOTTO, ANNE-MARIE                        4134862

MOY, HAWNYEA ABIGAIL                     5092721

MOYER, JEFFREY GLENN                     2810083

MOYNIHAN, AINE                           5056478

MUELLER, DOMINIC JOHANNES                5046602

MULCARE, MICHAEL FRANCIS                 2545556

MULLER, KIMBERLY ANN                     4083440

MULLIKIN, JAMES EDWARD                   4653408

MULVIHILL, LYNSEY MARY                   4972709

-76-                        PM-67-19

MUNIZ, PAULA CECILIA                    2891745

MUNOZ, INMACULADA                       3002177

MURIAS, LAURA                           4445490

MURPHY, THOMAS W.                       1934496

MURPHY, TIMOTHY MICHAEL                 2444552

MURPHY, TREVOR                          4789632

MURPHY, THERESA MICHELLE                4841029

MURPHY, MATTHEW RAYMOND                 4727566

MURRAY, JAMES PATRICK                   3987922

MURRAY, JENNIFER LYNNE                  4618419

MUTHUSAMY, SHREEYA                      4478301

MUZZIO, JESSICA KYLE                    2849941

MYER, MARY KATHERINE                    2175636

MYYRYLAINEN-AWANY, HELI MARJO           2945855

NADD-MITTERRAND, GUILLAUME              4071429
VENDEMIARIE

NADIS, DANIEL JACOB                     1775436

NAGY, LOUIS                             1688464

NAHAS, KHALIL CHARBEL                   4220729

NAKAGAWA, TETSUHIRO                     4612669

NANCE, JOHN BOATNER                     4506184

-77-                          PM-67-19

NARDO, MARILYN LEE                    3057064

NASH, SAMUEL IZUMI                    4940466

NASO, MICHAEL ALAN                    2007946

NASTASI, NICHOLAS J.                  1819408

NATARAJAN, RAJANI                     4883211

NATHAN, RICHARD JEFFREY               2287548

NATIELLO, MICHAEL FRANCIS             2468320

NAVE, OPHIR                           4404000

NAYAK, MEGHAN ELAINE                  4935441

NAZARIO, SUE-ANN                      2440279

NDUKA-EZE, ANTHONY NGOZI              2692978

NDULO, BEENE SEIPATI                  3999083

NEDELIJKOVIC, KATARINA                4157327

NELSON, SABRINA ALYCE                 2793099

NEMOTO, HIROSHI                       4592754

NEMOTO, AI                            4591228

NEPPL, MICHAEL THOMAS                 4720645

NEW, SHERRI LYNN                      2424323

NEWMAN, RONALD LOUIS                  4666160

NEWMEYER, BARBARA ANN                 2324028

-78-                          PM-67-19

| | |
|---|---|
| NGUYEN, TAM TRINH | 2755478 |
| NGUYEN, YUNG TRI | 4722849 |
| NGUYEN, BOB QUANG TAN | 4074704 |
| NGUYEN, HANG THUY | 4730917 |
| NGUYEN, NAM DUC | 5162714 |
| NGUYEN, NGHI | 4586319 |
| NICHOL, MEABH OLIVIA | 4976924 |
| NICKLES, LAGRETTA DORAN | 4446746 |
| NICOL, TODD EVAN | 2632776 |
| NIELSEN, J SUSANNE | 1890375 |
| NIMAROFF, JAY MARTIN | 3034261 |
| NING, JIA CHERN | 2140507 |
| NISHIKAWA, KAZUMI | 4216396 |
| NJOKU, CHINEMEREM NWANKIRE | 4613576 |
| NKWONTA, BENJAMIN CHUKWUDI | 2982601 |
| NOEL, MARK MCDOWELL | 4594107 |
| NOGAY, ARLIE R. | 4621876 |
| NOLAN, CAROLINE SUSAN | 4225785 |
| NOLL, BEATRICE CORINA | 2895407 |
| NOREK, ALFRED MICHAEL | 1330000 |

-79-                          PM-67-19

NORMAN, JAMES ROGER                           2557742

NORMAN, ALVINA E                              4304267

NORRIS, STEVEN PATRICK                        2961472

NOUSIAS, OLGA VASILIOU                        4260758

NWANERI, NNAMDI JAMES                         4952099

NYDEGGER, MICHAEL WYLIE                       4587564

NYSTEN, JANA VIKTORIA                         4939005

NZIVE, ALEX MUTINDA                           4687703

OAKLEY, SHAWN ANDREW                          4910014

OBIDAIRO, THOMAS SIMEON OLUSEGUN              4259800

OBONIYE, CLAUDIA NKOLIKA                      2804797

OBOT, THERESA ISIDORE                         2940872

O'BRIEN, STEPHANIE MARIE                      4531588

O'BRIEN, KRISTIE NOEL                         4888889

O'CARROLL, RONAN PATRICK                      4858775

OCASIO, SANDRO GEREMIAS                       4710141

O'CATHAIN, FRANCESCA MADELINE                 4333647

OCHILLO, FRANCELLA AWINO                      4595476

OCHIS, MARILLA                                2774131

OCK, MISUN                                    4453049

-80-                                PM-67-19

O'CONNELL, LINDA G.                    2038958

O'CONNOR, THOMAS NEAL                  1761790

O'CONNOR, CHRISTINE MARY               3929007

O'CONNOR, FRANK X.                     3929924

O'DEA, DARRAGH LAIM                    4562427

ODUJINRIN, DAMI Y.                     2968303

O'FARRELL, DAVID PATRICK               4238515

OFFNER, LINDSAY DAWN                   5080817

OGDEN, HEATHER ANN                     4487526

OH, SANGKI                             2634848

OH, JAECHANG                           5184247

OH, GI HYOUNG                          4640595

OH, SANG-JIN                           4792982

OH, TAIWON                             4425765

OH, SE-EUN                             4200085

OHM, MIRA TAIHI                        4461208

OHUIGINN, NIALL RUAIRI                 5033758

OJONG, OLRICK MICHAEL                  4970489

OKEDI, GINIKANWA CHINAEMEREM           4217949

OKEOWO, OLUWATOBI ABEGBE               5082730

-81-                          PM-67-19

OKEREKE, PATRICIA NKONYE                 4613568

OKOJIE, IDEMUDIA JOSEPH                  4705406

O'LEARY, JOHN MARTIN                     2597821

OLIVER, MILTON MCK                       1923572

OLIVEROS, MA. LOURDES EVELYN BALBIN      4636965

OLSEN, MARY ANN                          2402238

OLSTAD, PER WILLIAM                      4858882

O'NEILL, MARY ELIZABETH                  4376778

ONG, EDWARDSON LEE                       4986758

ONYEMENAM, AWELE FRANCES                 4020202

OPPY, JAMES DALE                         4302725

ORAZEM, GEOFFREY BRYON                   5201173

ORDOUKHANIAN, NANCY                      3899655

ORIHARA, YASUTAKA                        4613949

ORR, ANDREA DENISE                       4225082

OSEPCIU, LIGIA-MARIA                     4679395

O'SHEA, MICHAEL JOHN                     2219285

O'SHEA, KERRY ANNE                       2962157

O'SHELL, KEVIN HAROLD                    2703023

OSTERMAN, LAWRENCE JAY                   2036424

-82-                        PM-67-19

OSTROVITCH-LEVI, ILIT                    5067848

O'SULLIVAN, THOMAS PATRICK               1779826

OSZUSTOWICZ, MELISSA ANN                 2991446

OTCHIE, ANDREW AKUAFO                    4951349

OTOKWALA, GOMILUK JOHN                   4899654

OTONGLO, CAROLINE AWUOR                  4704920

OVIL, HILLA                             4031654

OVSIEVSKY, MICHAEL JOHN                  4432092

OWEN, JAMES CURTIS                       4390993

OXLADE, EMMA AMELIA                      5123237

OZKAN, MURAT EROL                        5157417

PACKMAN, SARA JULIA                      4896387

PADIEN, PAUL PATRICK                     2726297

PAEK, SANG YUP                          2589851

PAGANO, ALEXANDER RUSSELL                4260824

PAI, CHI-YUN                            2340164

PAIK, GYESUN SARAH                       4346391

PAIK, SYLVIA SU WEI                      5049671

PAIS, CHERISSE SONYA                     4796991

PALLADINO, PETER MICHAEL                 4963450

-83-                        PM-67-19

PALLONETTI, KRISTIN STOOP                4748562

PAN, PEI-PEI                             3024841

PANG, TI                                 2870582

PANG, HSIAO-WEI                          4752648

PANKRATOV, ALEXANDER VLADIMIROVICH       2700375

PAREKH, ANISSA NALINIKANT                2732071

PARINGAUX, MAYUMI MONIQUE                5030960

PARK, HAE CHAN                           2448504

PARK, ELLIS K.                           4007571

PARK, KEUM SUB                           4318788

PARK, YOUNGHO                            4587929

PARK, KYUN JE                            2947315

PARK, KYUNG SOO                          3975828

PARK, SEONG-JOON                         4578100

PARK, SUNG HOO                           4404208

PARK, SEONG-SOO                          4076493

PARK, JONG HYUN                          4021200

PARK, SEUNGKYOO                          4510137

PARK, JUN SEOK                           4474011

PARK, SUNGSOO                            4200093

-84-                        PM-67-19

PARK, ESTHER JUNG YUN              4498473

PARK, JI-HYUN                      3033487

PARK, SANGHYUN                     5137377

PARK, SEHYUN                       4665923

PARK, SA-EUE                       4997276

PARKER, SAMUEL ROBERT              1605070

PARKER, MEGAN                      4638326

PARKS, KATHLEEN ELLEN              3966892

PASKALIS, ANNE MARIE               3975356

PASTER, EMILY KERN                 3971801

PASTOR, BERNARD                    2704195

PASUPULATI, MURALI KRISHNA         4268868

PATALKIS, DEBRA M.                 2059111

PATEL, RUDHIR BAKULESH             4233714

PATEL, VIJAY K.                    4505830

PATEL, ALPA UPENDRA                4580353

PATEL, AMIT D.                     4741997

PATRICK, EFFIE AQUILA              4331807

PATTON, RICHARD EDMUND             4409389

PAUL, DANIELLE S.                  4066130

-85-                              PM-67-19

PAVEL, JANICE                                    2631158

PAVLICA, DOROTHY M.                              2112373

PAVLOV, WILLIAM MICHELSON                        2193985

PAVLOVIC, NEVENKA                                4617403

PAYOS, RANULFO VILLEGAS JR.                      4845277

PEARLBERG, ALEX JAY                              2912400

PEARLMAN, JEFFREY                                2965275

PEASE, JOSHUA MARK                               5010194

PEDRAZA FARINA, LAURA GABRIELA                   4791265

PEKMEZOVIC, ALMA                                 5055801

PELLEGRINI, CECILE MARIE-CLAIRE                  4945598

PELLY, NIALL ANDREW                              4416756

PENG, YU-HSIN                                    5079116

PENG, SHUANG                                     4566519

PENG, HEYUE                                      5023478

PENG, CHENYUAN                                   4740734

PENSON, DOUGLAS ALAN                             4524252

PENTZ, PETER ARTHUR                              4857645

PEOPLES, TRAVIS ALAN                             4939104

PERAULT, MATTHEW ZANDER                          4869913

-86-                          PM-67-19

PEREZ-SOTO, HIRAM                          2846947

PERGAMENT, EDWARD DAVID                    3070570

PERL, MECHAL                               4166856

PERLMAN, RANDY SCOTT                       2108470

PERLMUTTER, ANDREW BENJAMIN                4991568

PERRY, NOEL CHRISTOPHER RODERICK           4133120

PERUTO, ANGELO CHARLES JR.                 4127924

PETERS, PAULETTE LEMAY                     2119295

PETERSON, JACLYN ANN                       4916185

PETKOVA, ANNA SVETOSLAVOVA                 4814976

PETRILLO, STEPHEN LAWRENCE                 2994085

PEZZULLO, NIKOLE AGNES                     2744308

PFEIFFER, EILEEN MARY                      2534196

PFLUG, KEVIN JOSEPH                        4476008

PHELAN, ROBERT J.                          2919405

PHILIPS, HANNE                             5021696

PICARIELLO, PASQUALE                       1996479

PICHARDO, MARIO ALFONSO                    2481125

PIEDRA FUENTEALBA, CARLA MACARENA          5060702

PIKE-BIEGUNSKA, EDITH MARIA                5034681

                          -87-                    PM-67-19

PILLER, KIERAN SEAN                        5044672

PIPERSBURGH, DENISE JOAN                   4268272

PISANO, FRANK  III                         2730372

PITTMAN, PAUL ARTHUR                       2405512

PLANT, JEFFREY GRAY                        1633445

PLANTIER, ERIC JOSEPH                      4572137

PLATT, ROBERT C.                           1766351

PLISNER, AMANDA GAIL                       4923850

POLIN, ALAN J.                             2362747

POLLANEN, ERIC MICHAEL                     4212270

POLSKY, ERIC MICHAEL                       4826947

PONGANUTREE, DANIYA                        4922704

POPIEL, BRIAN ROBERT                       2732147

PORTER, NEIL ROBERT JR                     4212601

PORTIER, PHILIPPE PAUL                     2474625

POSADAS, ALEJANDRO                         2779833

POTTER, ELIZABETH RACHEL                   5185434

POUSO, DAVID M.                            3060043

POWELL, ALYSON DENISE                      4714903

PRADO, TOMAS NICOMEDES                     2006575

-88-                           PM-67-19

PRATT, BETHANY MARIE                    4561056

PRATT, VICTORIA FRANCISCA               2951150

PRENDERGAST, BARBARA L.                 1939891

PRENTICE, LESLIE FAITH                  5141015

PRETORIUS, WILLEM LODEWIKUS             4076105

PRIESTAP, CHELSEA MORGAN                4911723

PRIEST-GOODSETT, NOAH WADE              4830584

PRIETO, ANA MARGARITA                   2763795

PRINJA, MALLIKA                         4123345

PRIOLA, VICTORIA CHRISTI                4125316

PUDEBAT, CECILE EGLANTINE PIERRETTE     5067681

PURCELL, WILLIAM JAMES                  2724870

QU, ZAI HUA                             4152997

QUIGLEY, PATRICIA M.                    2177178

QUINN, BRIAN BERNARD                    5033865

RABEY, ESTE VICCI                       4637773

RADFORD, JENNIFER AMELIA                5038310

RAETHER, CHARLES VON                    3006632

RAFFERTY, JOCELYN JEAN                  4935508

RAHBAR-DANIELS, DAMON RYAN              4351177

-89-                          PM-67-19

RAHMAN, KAZI MUINUR                    4442315

RAHMAN, NADIA                          5138862

RAHNER, NORA MAUREEN                   4397931

RAI, MAHESH                            4956728

RAINEY, ERIC EDWARD                    4868980

RAMIREZ, INGRID MARIA                  4302188

RAMLAKHAN, PURNIMA DEVI                4036489

RAMUNDO, CRISTINA ELODIA               4764270

RANDAZZO, GREGORY ANTHONY              4769766

RANIERI, CHRISTOPHER M.                1939206

RAO, SUJEET BHIMSEN                    4857686

RAO, SAI PRASAD                        5095120

RAPPORT, STEPHEN RONALD                1821438

RASKAS, ROBERT ANDREW                  2961951

RASTOGI, ANIRUDH                       4733317

RASUL, SALMA PIR TILLAH                3930278

RATHET, BROOKS CHARLES                 4332516

RAULERSON, WILLIAM JOHN                4905014

RAY, KAUSHIK                           4474441

RECORD, JAMES MICHEAL                  4970778

-90-                          PM-67-19

RECORD, KATHERINE LOUISE              4901559

REDSTONE, KIMBERLY MUTCHNIK           4450334

REESE, LAMINE MANUEL                  4517090

REGAN, CHRISTOPHER T.                 1775345

REGAN, BRIAN GERARD                   4341509

REIMANN, VICTORIA ANN                 4792339

REISMAN, CHARLES P.                   2348050

RENALDO, DONALD PHILIP II             4198784

RENAUD, LIZANNE WALDNER               3960804

RENNER, THOMAS                        2997443

REWAK, ROBERT SCOTT                   5026778

REYES, JOHN ADELBERT LAMPANO          4901989

REYNA-SANTOS, CARMEN                  4341145

RHALLY, NICOLAS                       2179422

RHEE, HOCHAN                          4168027

RIBAUDO, RONALD SALVATORE             4244026

RICHARDS, JOANNE SUE                  4211777

RICHARDSON, DAVID KEITH               4278719

RICHMAN, BRUCE BERNARD                4161105

RIDDELL, CHRISTIAN JOHN               5071899

-91-                              PM-67-19

RIEDEL, KELLY CUNNING                    4672002

RIFKIND, STEVEN ARNOLD                   2454486

RILEY, DANIEL PATRICK                    4685186

RILEY, ELIZABETH CAROLE                  4918314

RIM, SUNG BOK                            2980662

RIMER, ALEC ANDREW                       2412377

RINKO, PAUL JOSEPH                       2365211

RIPPER, ERIC BERNARD                     3026663

ROBERT, OLIVIA MARIE                     4077269

ROBERTS, ROSEMARY GERASIA                1645514

ROBERTS, NORMAN ANTHONY II               2833945

ROBERTS-JENKINS, RACHEL                  4756573

ROBERTSON, OWAIN HUW                     5129374

ROBINSON, VIRGINIA RUTH                  4255428

ROBOTHAM, JOHN ANSEL                     4048591

ROCHAT, FLORIAN ANDRE                    4955662

ROCHE, THOMAS M.                         1977354

RODRIGUEZ, MARCELA MAYELA                4319018

ROGERS, CATHERINE ANN                    2768182

ROGERS, CARLA JANE                       4403614

-92-                          PM-67-19

ROGERSON, GEOFFREY STEPHEN              4746996

ROH, JANET HYONSON                      4335881

ROHN, NANCY B.                          1974864

RONIS, JENNY ELAYNE                     4904702

ROOTHMAN, BENJAMIN RICHARD              2775831

ROSADO, ZULLY ALEXANDRA                 4498481

ROSARIO-VILLANUEVA, LUIS A.             2333607

ROSEN, PETER                           2301158

ROSEN, RONALD IRWIN                     4205274

ROSEN, JONATHAN ADAM                   3003068

ROSENBAUM, MICHAEL M.                   2220432

ROSENBERG, BARRY E.                     2040939

ROSENBLATT, PATRICIA                    2015717

ROSENBLATT, AARON SCOTT                 5146998

ROSS, ALAN JOHN                        4260261

ROSS, PATRICIA A.                      4592002

ROTHENBERG, DAVID MORRIS                2972404

ROTHFUS, KEITH JAMES                    2692986

ROWEN, SALLY NICOLA                    4026951

ROXAS, VINCENTE QUISUMBING              2222800

-93-                          PM-67-19

ROZANSKI, DONALD HENRY                  2949527

ROZELLE, KIMBERLY LYNN                  4710182

RUBENSTEIN, RICHARD WRIGHT              1130095

RUBIN, SUSAN J.                         1837087

RUDOLPH, MANFRED HANS                   4073540

RUEL, JAMES MICHAEL                     3976016

RUPP-GUFLER, MELANIE MARIA              4587184

RUSSAK, KENNETH NEIL                    2283760

RUSSELL, LAUREN CLARE                   4331534

RUSSELL, JUSTIN CHARLES                 4917746

RUSSELL, CIARA MARIA                    4698379

RUSSO, JOHN SALVATORE                   4172862

RUTTER, MARY ELIZABETH                  1079276

RYAN, WILLIAM DAVID                     4065769

RYBERG, ERNEST ARIEL                    4720538

RYU, YOUNG WOOK                         4557450

SABAITIS, FRANK T                       4251120

SABATINO, MARY CLIFFORD                 4576062

SAINTE-ROSE, FEDERICA DIVINE            4410106

SALAU, OLAKEMI SILFAT                   5038120

-94-                          PM-67-19

SALZBERG, JERRY M.                    2015667

SALZMAN, JAMIE ELLEN                  4637674

SAMANIEGO, PAOLA                      4662607

SAMI, SAJED AHAMMAD                   4561189

SAMUELS, EMILY ANNE                   4351359

SANCHEZ, RICARDO MENA                 4052056

SANDGREN, MARTIN LARS                 4513107

SANG, JIE                            4965778

SANIN, KYRA MAURA                     4535233

SANTIAGO, LETICIA JOY                 2957439

SARDA, EVANGELINE MARIE               2750347

SAUER, ROGER P.                       3863099

SAVAGE, JOANNE MARIE                  4573861

SAVANI, SHILPEN SURYAKANT             4299210

SAWYER, SHANNON ELIZABETH             4920492

SAYEGH, JAMES JESSE                   4637328

SCANNICCHIO, YOLANDA TERESA           4705109

SCHAEFER, HANS                        2627560

SCHAFER, TODD DAVID                   2333821

SCHEFLEN, DANIEL CLARK                4135083

-95-                          PM-67-19

SCHEULE, SCOTT DOUGLAS                4600193

SCHMUCKER, MELISSA                    4198495

SCHNEIDER, ANAT SIDEMAN               2635951

SCHOELL, MICHAEL                      4263307

SCHORLING, KATHRIN ELISABETH          4841649

SCHROER, SHARON MARIE                 2162055

SCHULTZ, MELANIE ANNE                 5172440

SCHUTZMAN, STEVEN J.                  1950112

SCHWARTZ, JOSEPH BENJAMIN             4593422

SCOTT, ROBIN LEE                      4166120

SCOTT, AMY ELISABETH                  4708145

SCOTT, JENNIFER LEE                   5134390

SCOTT, ANDREW JOSHUA SEBASTIAN        4726279

SCOTTON, JULIA L.                     2063683

SCRIVEN, ANDREW JAMES                 4798757

SEALEY, JAUNIQUE AILLEEN              4232211

SEARCH, TIMOTHY PATRICK               2782886

SEDGHINEJAD, SHADI                    2764892

SEGGIE, BRAD DUANE                    3942703

SEIBEL, ROBERT F.                     2258218

-96-                          PM-67-19

SEIFERT, ELANA KATHLEEN                 4151585

SENIOR, ADAM DAVID                      4871828

SEO, YUNSOO                             4503934

SEO, YOUNG                              4229696

SEOK, HONG  II                          4465878

SERRY-KAMAL, WARA SUZANNE               4449468

SETT WONG, KAREN                        4177739

SEXTON, THERESA MAUREEN                 4380093

SGRO, APRIL LAWRENCE                    2951804

SHAH, SAGAR VITHAL                      4862272

SHAH, SHERYL                            4967311

SHAIKH, AYESHA                          4972840

SHANAHAN, MARIE ROCCAPRIORE             2879583

SHANDALOW, KEITH ALAN                   4953519

SHAPIRO, MARTIN A.                      1362276

SHAPIRO, LAWRENCE JOEL                  1992874

SHARMA, JATINDER KUMAR                  2686814

SHARMA, DHARMENDRA                      4965893

SHARMA, RAJAT                           4497277

SHAUGHNESSY, ROBERT JOHN JR             2361996

-97-                      PM-67-19

SHAW, ANTHONY WILLIAM                    1808302

SHAW, ANDREW BART                        2425213

SHELTON, COLETTE MARIE                   2930204

SHEN, CHIHWEI                            4604658

SHEN, CHUNG CHUAN                        4569323

SHEN, LIUHUI                             4812475

SHENG, ADA Y.                            4651055

SHENG, HAIWEN                            4986923

SHEPARD, PETER REID                      2807485

SHERER, FRANK AUDEMARS III               4439352

SHERMAN, VALARIE ANN                     2109379

SHERWYN, DAVID SCOTT                     2694867

SHI, QINGSHAN                            4216883

SHI, YVONNE YAT TING                     4761789

SHI, HUASHUO                             4930236

SHIBBANI, WALID KHALIL                   4905832

SHIM, SEOG TAE                           4474110

SHIMADERA, MOTOI                         4420253

SHIMER, CAITLIN BRETT                    4971511

SHIN, BONGSAM                            4841466

-98-                                      PM-67-19

SHIN, CHANG HWAN                          4325767

SHIN, JUNG HOON                           4595005

SHIN, DONG GYUN                           4705620

SHIN, TAEHUN                              5171210

SHIN, HYUN WOOK                           4897955

SHIN, HYEON HWA                           4873204

SHINAR, ADAM                              4592622

SHIRAKI, JUNJI                            4736062

SHIV, MOINA                               2116044

SHOKER, SANVEER SINGH                     4736039

SHOLLENBERGER, KYLE R.                    4949038

SHOOR, AMIT K.                            4754875

SHRAGER, IRA B.                           2208833

SHU, YU                                   4932422

SHULAN, BRUCE CHARLES                     2993210

SHUMAKER, CRYSTAL DAWN                    4625554

SHUSTER, ALAN MARK                        3001500

SIBAJENE, TWAAMBO MWAANDU                 4204921

SIEGEL, ELLIE O.                          4605937

SIEGEL TANNER, RESA JEAN                  2189504

-99-                              PM-67-19

SIEK, AMANDA LEAH                          4118030

SIEMERS, JOHN CHRISTOPHER                  2680908

SIGLER, KIMBERLY ANN                       2539690

SILVA, ANTONE R.                           1794817

SILVERMAN, DARLENE JOY                     2111326

SIMON, MICHAEL LOUIS                       4313029

SIMONE REIS, MARIA GEMA                    4880100

SIMPKINS, MARTINA                          4488102

SINGER, MORRIS ABRAHAM                     4974523

SINGH, NISHANT KUMAR                       4850012

SINGLETARY, WENDY JARELLE                  4710281

SINHA, SUHARSH                             5185814

SITARZ, JULIA ANNE                         4680633

SITOMER, DAVID JONATHAN                    1865401

SJOLUND, ALLISON KENDALL                   5126818

SKINNER, FREDERIC PARKHURST JR             3022126

SKINNER, STEVEN WALLACE                    2841773

SKINNER, AMY LOUISE                        4895652

SKLAR, RYAN MATTHEW                        4978870

SKOUFARI, ELENI                            5084132

-100-                          PM-67-19

SKYERS-JENKINS, SHARON ANGELA              5063482

SLATTERY, JILL S.                          2333185

SLEZAK, SCOTT ANDREW                       4022927

SMALLS, JOSEPH LEROY III                   4859773

SMARTO, JOHN PETER                         2316487

SMITH, ANNALYN GARRETT                     4323697

SMITH, KEITH JOSEPH                        2140697

SMITH, CHARLES HAROLD JR                   4465811

SMITH, MARK OWEN                           2903920

SMITH, DALE AMAR                           3993136

SMITH, THEODORE KELVIN                     2683456

SMITH, ADAM JAY                            4226304

SMITH, KELLY ANN                           4690541

SMITH, CIAN F.                             4609483

SMITH, SCOTT ROYAL                         5144332

SMITH, MEAGAN MARIE                        4954475

SMOOT, CELIA DENISE                        4094520

SNYDER, DEBORAH LYNN                       2601508

SOBKIEWICZ, ERIK                           2357846

SOMOZA, MANUEL ANTONIO                     4690392

-101-                              PM-67-19

SONG, SUNG-JAE                          2837011

SONG, BING                              2837961

SONG, SUNGUK                            4167342

SONG, WON HO                            4978722

SONG, YUN C                             4334181

SOO, MARYANNE                           4726584

SOSA, JOSE LUIS                         4957650

SOSNOWSKI, PAUL THADDEUS                4756169

SOSTRE-OQUENDO, SHIRLEY                 2613669

SOTIRCHOU, MARIA-ELENI                  4703716

SOTIROPOULOU, ANASTASIA                 4912275

SOTTILE, ROBERT JOSEPH                  2678571

SPARROW, DEVON RAECHEL                  4583183

SPECTOR, DENNIS EDWARD                  2545655

SPENCER, NATHANIEL LEE                  4927869

SPINA, MICHAEL JEFFREY                  2921930

SPITKOVSKY, JULIE                       5042841

SPITZECK, MARISE HOSOMI                 4722229

ST. JUSTE, HARROLD                      4651402

STAJANO, SERAFINO                       5097357

-102-                          PM-67-19

STALDER, MELISSA ANN                    4756318

STAPELFELD, JULIA                       4828109

STARRS, JOHN PATRICK                    1777044

STEIGER, ANTON JOHANN                   3884137

STEIN, ANDREW ROSS                      4916235

STEIN, LEE RON                          4769055

STEINBRECHER, NORA KRISTIN              4301131

STEMPLER, LARRY A.                      1977123

STEPHANS, DEBRA KRADJIAN                3997285

STEPHENS-FLORES, JILL NOEL              4991899

STEPHENSON, LEON                        4207221

STEPURA, MATTHEW JOSEPH                 4780623

STERNBERG, ALINE                        5011556

STEVENS, REBECCA                        2746972

STEWART, GWYNETH GAIL                   1839588

STEWART, LAURIE KATHERINE               4302378

STIRLING, KAREN ANN                     2683316

STITH, CLARK DOUGLAS                    2436244

STIVALY, CHRISTINA                      5011192

STOKKE, KARI                            5041876

-103-                    PM-67-19

STONE, JOHN ALEXANDER                      2143667

STONNER, JOHN PHILIP                       2422376

STOTLAND, DANYL MYRON                       2969467

STRNAD, SONYA ANN                          4016341

STRUCK, HEATHER C.                         1985746

STUCKER, ZANE RYAN                         3033438

STURDIVANT, JOCELYN MARCIA                 2694693

SU, ALICE CHING-TING                       4651378

SU, XIN                                    5159215

SUH, DONG-HEE                              2794014

SUH, JUNE YOUNG                            4590261

SUH, HEE SUK                               4204434

SUI, YUWEI                                 4876041

SULLIVAN, TERESA A.                        2192128

SULLIVAN, ROBERT F.                        2274132

SULLIVAN, KATHLEEN MARIE                   2970499

SULLIVAN, MARVELLE ELIZABETH               4502407

SUMMERS, DIANE SUE                         2450054

SUN, FENGLI                                4174462

SUN, YUJI                                  2966182

-104-                         PM-67-19

SUN, XIAOJIA                              4705851

SUN, YAN                                  5192232

SUNG, BONG-KYUNG                          4126819

SUPERFINE, BENJAMIN MICHAEL               4344057

SUTHERLAND, IAN WILLIAM                   3945573

SWAMY, MADHAVI                            4919007

SWISS, JONATHAN                           3863941

SY, GREGORY MICHAEL                       4534855

SY, FREDERICK HOWARD LIM                  4733358

SYNN, SEUNG-KOOK                          3893922

SYSOIEV, MAKSYM                           4833695

SZEFC, CHRISTOPHER RICHARD                4407284

SZYMANSKY, MELISSA LYNN                   4957536

TACY, JAMES MITCHELL                      2794238

TAGGART, BRIAN FRANCIS                    4930921

TAGLIERI, KELLY ANN                       3005873

TAHSUDA, JOHN                             2900587

TAKAHASHI, NAOKI                          2543841

TAKAHASHI, SHUHEI                         4066023

TAKAHASHI, YASUHITO                       4523122

-105-                          PM-67-19

TAKURA, TAMOTSU                          2739258

TAN, ESTHER YIT-FERN                     2945731

TAN, JORDAN JULIUS                       4212163

TAN, SWEE LIN CORRINE                    4966008

TAN, TERENCE KY WON                      5135322

TAN, CHUNHUA                             4449971

TAN, SZE YAO                             5134424

TANEJA, HENNA                            5174982

TANENBAUM, TZVI SHMUEL                   4971768

TANG, JIE                                3987831

TANG, MISI                               4444568

TANG, LIANG                              4231742

TANG, KWOK LEUNG                         3998846

TAO, YELIN                               5035522

TASSONI, TATIANA                         4165114

TAVARES, SILVIO-ORLANDO RENAUD           2873644

TAWA, MARIANNE                           4155156

TAYAB, FAIZA                             4175527

TAYE, YITAYEW ALEMAYEHU                  4385266

TAYLOR, JOHN STEPHEN                     5070107

                      -106-                PM-67-19

TEAGUE, JOEL R.                          1810191

TEELING, WILLIAM CHARLES                 5014337

TEISSIER, CEDRIC                         4230678

TESCH, AMY NICOLE                        2835767

THAM, SOONGMENG EDWIN                    2416691

THEWLIS, EMER                            4931416

THOENY, ANN DESIREE                      4400461

THOMAS, NORMAN OSCAR                     2727519

THOMPSON, KAREN RACHEL                   2776490

THORN, BRIAN M.                          3022324

THURSTON, CHRISTINE ANN                  4587754

TIAN, JING                               4079257

TIBBITS, STEPHANIE A.                    4506341

TIERNEY, THOMAS JOSEPH                   2569846

TIETJEN, RHONDA ARMSTRONG                3040805

TING, TZU FEI PHILIP                     4624417

TINTI, NATHALIE DIANE                    3063161

TOLBOE, MCKAY RONALD                     4732798

TOLEDANO, REAGAN LEVERT                  4976494

TOLEDO, PATRICIA ALVES DE                4498861

-107-                          PM-67-19

| | |
|---|---|
| TOMAINE, SUSAN MICHELE | 4155545 |
| TOMOI, JUNYA | 4712139 |
| TORIKAI, MASAO | 3892759 |
| TORRE, JOSEPH WILLIAM | 5085113 |
| TOUSSAINT, ETIENNE CLEMENT | 5132469 |
| TRAGUS, REGINA DONNA | 2126654 |
| TRAINA, KARL ROCCO | 3947496 |
| TRAINER, MARY HIRO | 3018298 |
| TRAN, WYNN PHUONG | 5129176 |
| TREASURER, ANITA | 2712701 |
| TREISER, ADAM PHILIP | 4665139 |
| TRICKEL, DANIEL JOHN | 4517744 |
| TRIMMER, ROCHELLE FLEUR | 4828737 |
| TROUTMAN, CHARLA LOUANN | 2946853 |
| TSAI, CHI CHI | 5168422 |
| TSAI, CHANG-HSIEN | 4734158 |
| TSANG, ASTRID ELAINE PEI-HUA | 4662052 |
| TSHIONYI, MAKAMBO | 4255444 |
| TUCKER, JOSHUA SCOTT | 4871281 |
| TUSEK, MARTINA DOBROMILA | 4332086 |

-108-                         PM-67-19

TUTALO, JOHN JOSEPH                          4869129

TWIST, RONDINE C.                            4168019

TWOHIG, DEIRDRE ANN                          4849451

TZENG, GOANG SHANN                           2768190

UDA, MAKOTO                                  5050240

UNGAR, SHARI                                 4475919

URBANOWICZ-MULCAHY, LYNNE J.                 2388304

URIBE BERROCAL, BEATRIZ INES                 4862926

UZAN, NICHOLAS                               4240255

VACCARINO, TONI MARIE                        2912467

VAIDYAN, SURIYA KUNCHANDY                    4679700

VAN, QUOC BA                                 4840773

VAN DEN BERGHE, FREDERIC MARIE               4471264

VAN LEIDEN THRASHER, YVONNE F.               4493763

VAN LENTEN, JASON PAUL                       4115838

VANDENASSUM, BAUDOUIN M.                     1268929

VANDERKOOI, BONITA MASLAR                    2409290

VARGAS, ALFREDO IGNACIO                      4860037

VATTI, HIMA NAIDU                            3020716

VAZQUEZ, PETER JOSEPH JR.                    3068772

-109-                          PM-67-19

VEASEY, ROBYN ANNE                         4255006

VEERARAGOO, NATARAJAN                      4749719

VEKRIS, IOANNIS S.                         2186260

VETTE, LUCINDA MARY                        3973807

VICAIRE, PETER SCOTT                       4902201

VICKERIE, LUTISHA STACIA                   4926945

VIDAL-NAQUET, CAROLE                       4494290

VIDLER, GREGORY PAUL                       4152146

VIKTOROV, ILIA ALEXANDROVICH               5151865

VILAPLANA, LIVIA                           4632188

VILLA, ELISA LAUREN                        2207231

VILLAGELIU, ALBERTO EDUARDO                3049673

VILLAMOR, MARY ANN LAZO                    4842613

VLIETINCK, TINE MIEKE                      4824793

VOLKERT, DONALD JOSEPH                     1854306

VOLLBRECHT, JAMES LOUIS                    2369577

VOLOCHAY, ELENA                            4149753

VON ARX, ERIC                             2799831

VON HOLST, FRIEDRICH KONSTANTIN            2892149
NIKOLAUS

VON KOHORN, TARA LYNN                      4428363

-110-                    PM-67-19

VOSPER, PAUL ANDREW                  2642528

WADE, JANE ABNEY                     2652329

WADE, GORDON BRIAN                   4851572

WAITS, KATHLEEN                      2412682

WALDO, RICHARD EDWARD                4357141

WALLMAN, TODD ANDREW                 2707271

WALLY, BARBARA ANNE                  4329983

WALSH, TARA KATELYN                  4973871

WAN, YANG                            4809752

WAN, HONGYE                          5157870

WANG, YI-JEN                         2432490

WANG, SANGHAN                        4309639

WANG, ERIC MIN-CHIUAN                4359048

WANG, NA                             4336913

WANG, JIANXUE                        4493284

WANG, BI                             4751632

WANG, CHIH-TANG                      4571063

WANG, NAN                            4873212

WANG, FANG                           5156146

WANG, JIA EN GRACE                   5021910
WANG, TRACY                          4818845

-111-                        PM-67-19

WANG, LEI                                   5161989

WANG, YILIU                                 5096763

WARING, EMMA JANE LOUISE                    4149589

WARREN, BRUCE K.                            4731857

WATANABE, HIROKI                            4170551

WATANABE, IZUMI                             4329124

WATERS, MEGHAN ELIZABETH                    5007190

WATSON, BEVERLY JEANNETTE                   3041860

WATSON, SARAH FLORENCE                      4149621

WAYLAND, EDWARD WILLIAM                     2609162

WEE, HSIANG-LING                            4297552

WEEDEN, THEODORE JOHN JR                    2179851

WEINER, JAY ALAN                            2579746

WEISMAN, MITCHELL ARTHUR                    2400836

WEISS, BEATA ISABELA                        3041738

WEITZ, JARED MICHAEL                        4248092

WELLS, JOANNE                               5061908

WENG, YA-HSIN                               4256897

WHITAKER, JONATHAN JAMAAL                   5181698
WHITE, ELIZABETH ANNE                       2773604

WHITE, NICOLA CLAIRE                        4530994

-112-                    PM-67-19

WIECHMANN, MELISSA WATT                4345005

WILCOX, GALEN DRAUGHON                 3970787

WILDFEUER, JUDITH MATTHEWS             2638617

WILKENS, DANIEL ERNEST                 4899134

WILLEMSEN, STEFAN ARNOLD               3876265

WILLIAMS, WILLIE JAMES                 2467306

WILLIAMS, NISHA GLORIA                 4960035

WILLIAMSON, LEAH MICHELLE              4606299

WILSON, TODD SPENCER                   4117420

WILSON, MARTIN LOUIS                   4523940

WINDON, JAMES ROBERT                   5165253

WINGATE, DONNA USANA                   3024528

WINNEKER, JOSHUA DAVID                 4232963

WIRTNER, MICHELLE T                    4271425

WISE, COREN JAY                        4617346

WISEBERG, ADAM ISAAC                   2925394

WISTREICH, CARL GREGORY                2707529

WITT, ROBERT MARTIN                    4595252

WOHLERS, DONALD  JR.                   2644359

WOJCICKI, EDWARD JAMES JR              2899748

-113-                          PM-67-19

WOLCHOK, STEPHANIE SUZANNE                4244463

WOLF, DAVID SCOTT                         4073326

WOLF, HEIKE                               4028692

WOLINSKY, ALLEN ARTHUR                    2817484

WON, TINA JIE                             4852042

WONG, YIKWAI                              5195896

WOO, CYNTHIA YING                         2919744

WOO, SUNGYOP                              4865226

WOO, YOUNG DON                            4964441

WOOH, JONG-CHAN                           2655868

WOOSNAM, AUDREY NICOLE                    4906558

WRIGHT, MELVIN MICHAEL JR                 4449963

WRIGHT, REBECCA JANE                      4701983

WU, YU-HUA                                4754941

WU, WEN-I JENNIFER                        4734505

WU, XIAOXIN                               5034566

WYATT, JACOB ROBERT                       2593713

WYLER, ARETAE ORTIZ                       4594875

WYMAN, JULIA CREMIN                       2904282

XI, ZHENGZHENG                            3007549

-114-                          PM-67-19

| | |
|---|---|
| XIANG, XIUFENG | 5176730 |
| XIANG, SHANG | 5065677 |
| XIAO, MENG | 5167978 |
| XIONG, XUEPING | 4638524 |
| XU, QINGHUA | 4390753 |
| XU, MUCHUN | 4966297 |
| XU, WENBO | 4956603 |
| XU, CHENGJIN | 5145016 |
| XUE, JIE | 5172614 |
| YAGAI, YUZO | 4846861 |
| YAMAMOTO, KAZUTO | 4695631 |
| YAMAMOTO, CHIHARU | 5116892 |
| YANG, DOOHYEON | 4219853 |
| YANG, TAI-HUA | 4595146 |
| YANG, KISHIL | 4448270 |
| YANG, JUNG HUN | 4890612 |
| YANG, BO RAM | 4870796 |
| YANG, ZI | 5138847 |
| YANG, XI | 5003694 |
| YANG, YANG | 5070743 |

-115-                    PM-67-19

YAO, PINGPING                    4531018

YAO, JIAN                        4605655

YASUI, MASAKI                    4290805

YE, QING                         4613980

YENIARAS, CEM MUSTAFA            4938015

YI, YUNLING                      4926119

YIGA, SHAFIR HAKEEM              4632550

YIIN, FRANK CHANG HUA            2127280

YO, KYONG JIN                    4271953

YOHN, SALILA                     2821734

YOO, KYOO JONG                   2851012

YOO, SEUNG JAE                   4473989

YOO, TAESEOK                     4897575

YOON, SANG-JICK                  2904159

YOON, TED KI                     2218345

YOON, BAE KYUNG                  4354171

YOON, SANGSOO                    2878122

YOON, HEE-WOONG                  2903276

YOON, DONGSUP                    4442380

YOON, CHAN                       4173829

-116-                          PM-67-19

YOON, IN SOO                              5088851

YOON, VHANG EUN                           4879607

YOON, SEONJOO                             4912358

YOSHII, YASUSHIGE ROBERT                  4863015

YOU, CHAO                                 4776548

YOUNG, CHUN-CHI                           2655181

YOUNG, SASKIA                             4228367

YOUNG, CATHERINE LONGWORTH                4805669

YOUSSEFIAN-AFNAN, SHARIM                  4351136

YOUSUFF, RUFIATH                          4663969

YU, HWAN DONG                             2853356

YU, HYUNGJUN                              4761664

YU, JING                                  3041449

YU, CHIH-HUANG                            4642229

YU, JIAYI                                 5125455

YU, LOGAN                                 4997953

YU, XIAOMING                              5122155

YUN, KENNETH YOUNG-GAK                    2265262

ZABALET, JEFFREY                          4496873

ZACHARIASEWYCZ, ADRIAN YAROSLAW           4383147

-117-                    PM-67-19

ZAGER, CARMEN LOUISE                    4170437

ZAGHI, AYDA                             5136734

ZALES, ALLISON SCHWARTZ                 2601532

ZAMPRELLI, PASCAL NICHOLAS              5047014

ZAVELOVICH, JULIE ALEKSANDRA            4515938

ZEC, MARY CATHERINE                     4203303

ZEGGANE, THOMAS MATHIEU                 4676896

ZELLER, ERIC CARL                       4077509

ZEMSKY, DANIEL ERIC                     4595468

ZHANG, JIE                              3895901

ZHANG, JANE                             3043213

ZHANG, SHUHUA                           5065354

ZHANG, YING                             5092002

ZHANG, LINGLI                           4956801

ZHANG, WENLIANG                         5183983

ZHANG, RAN                              4966222

ZHANG, LIANG                            4971156

ZHANG, TAISU                            5017983

ZHANG, KAIYUN                           4742466

ZHANG, XINFENG                          5180153

-118-                          PM-67-19

| | |
|---|---|
| ZHAO, HONGBO | 4837548 |
| ZHENG, XILIN | 4323978 |
| ZHENG, XIAOJIN | 4813804 |
| ZHONG, WENYA | 4354296 |
| ZHONG, YUEPING | 4831012 |
| ZHOU, ZHENG | 4967444 |
| ZHU, LIHONG | 3036506 |
| ZIMNICKI, THEA BINGHAM | 5170451 |
| ZUBA, JEREMY EDWARD | 4027330 |
| ZUNIGA-GOLDWATER, BIANCA ESTHER | 4806014 |