UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOE JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.  8:22-cv-02422-TDC |
| v. | ) | |
| | ) | Hon. Theodore D. Chuang |
| THINK COMPUTER CORPORATION | ) | |
| d/b/a PLAINSITE, | ) | |
| | ) | |
| Defendant. | ) | |

**REPLY MEMORANDUM IN SUPPORT OF
MOTION FOR ADMISSION PRO HAC VICE OF PAUL ALAN LEVY**

Plaintiff Johnson has filed an Opposition (ECF No. 16) to the Motion for Admission Pro

Hac Vice of Think Computer Corporation's counsel Paul Alan Levy (ECF No. 13), alleging that

Mr. Levy has been suspended from the practice of law in New York and therefore his admission

should be denied in this Court. Plaintiff makes his allegation based on an unauthenticated

document which, if genuine, reflects that in 2019, the Third Department removed someone

named Paul Allen Levy, Bar No. 2007888, from the roll of attorneys for failure to renew

registration. However, the undersigned proposed admittee spells his name differently, his Bar

Number in New York is different, and he recently received from New York an acknowledgment

of the renewal of his registration. *See* accompanying affidavit of Paul Alan Levy.

Respectfully submitted,

  /s/
OLIVER L. EDWARDS (#17006)
Law Office of Oliver Edwards LLC
9919 Rogart Road
Silver Spring, Maryland 20901
Voice: 301-841-8050
Fax: 301-273-1020
Email: oliver@edwardslaw.pro

   /s/ Paul Alan Levy
Paul Alan Levy (DC Bar 946400)
(*admission pro hac vice pending*)
Public Citizen Litigation Group
1600 20th Street, NW
Washington, D.C. 20009
(202) 588-7725
plevy@citizen.org

Attorneys for Defendant

October 3, 2022