UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOE JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 8:22-cv-02422-TDC |
| v. ) | |
| ) | Hon. Theodore D. Chuang |
| THINK COMPUTER CORPORATION ) | |
| d/b/a PLAINSITE, ) | |
| ) | |
| Defendant. ) | |

**AFFIDAVIT OF PAUL ALAN LEVY**

1. My name is Paul Alan Levy. I am lead counsel for defendant Think Computer Corporation. I make this affidavit in support of my motion to be admitted pro hac vice.

2. I have regularly submitted the biennial registration renewals for my admission to practice in New York. I am attaching as Exhibit A the most recent acknowledgment of renewal. That acknowledgment reflects my New York Bar number.

Pursuant to 28 U.S.C. § 1746, I hereby certify that the foregoing is true and correct. Executed on October 3, 2022.

/s/ Paul Alan Levy
Paul Alan Levy

# Paul Levy

| | |
|---|---|
| **From:** | No Reply <noreply@nycourts.gov> |
| **Sent:** | Thursday, September 22, 2022 8:03 AM |
| **To:** | Paul Levy |
| **Subject:** | New York Attorney Registration Filing Receipt |



## Attorney Online Services - New York Attorney Registration Filing Receipt

Name: **PAUL ALAN LEVY**
Attorney Registration Number: **1894005**
Process Date: **09/22/2022**
Next Registration: **Aug 2024**
Registration Status: **Currently Registered**

This will acknowledge receipt of your 2022-2023 registration as an attorney.

Thank you for submitting your recent New York Attorney Registration filing with the NYS Office of Court Administration.

This email confirms that your biennial Attorney Registration was received and recorded in our system.

You may download a receipt of this filing, as well as prior filings, via your Attorney Online Services account found here.

Proceed to Attorney Online Services



Attorney Online Services

**Websites**

NY UCS Home
Attorney Home
Attorney Online Services

Exhibit A

1