UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Joe Johnson,

    Plaintiff,

v.

Think Computer Corporation
    d/b/a PLAINSITE,

    Defendant.

Case No.: 8:22-cv-02422-TDC

Hon. Theodore D. Chuang

# CERTIFICATE OF SERVICE

I hereby certify that the service required by Federal Rule of Civil Procedure 5(a) has been made upon Plaintiff Joe Johnson of the following papers as indicated below:

| Paper | Date filed | How and when served |
| --- | --- | --- |
| ECF 17 - REPLY to Response to Motion re [13] MOTION to Appear Pro Hac Vice for Paul Alan Levy (Filing fee $100, receipt number AMDDC-10186433.) filed by Think Computer Corporation. (Attachments: # (1) Affidavit of Paul Alan Levy and exhibit) | Oct. 3, 2022 | Oct. 3, 2022 by email |
| ECF 20 - NOTICE by Think Computer Corporation of Intent to File a Motion to Dismiss | Oct. 4, 2022 | Oct. 4, 2022 by email |

Email service made with written consent to gmail.com email address.

October 4, 2022

            /s/
Oliver L. Edwards (#17006)
Law Office of Oliver Edwards LLC
9919 Rogart Road
Silver Spring, Maryland 20901
Voice: 301-841-8050
Fax: 301-273-1020
oliver@edwardslaw.pro

Attorney for Think Computer Corporation