UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| Joe Johnson, | |
|---|---|
| Plaintiff, | |
| v. | Case No.: 8:22-cv-02422-TDC |
| Think Computer Corporation d/b/a PLAINSITE, | Hon. Theodore D. Chuang |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that the service required by Federal Rule of Civil Procedure 5(a) of the following paper as indicated below has been made upon Plaintiff Joe Johnson, a party not served electronically through CM/ECF:

| Paper | Date filed | How and when served |
|---|---|---|
| ECF 22 NOTICE by Think Computer Corporation Of Intent to Move to Consolidate and to Strike, and for other relief | Oct. 7, 2022 | Oct. 7, 2022 by email |

Email addressed to gmail.com address provided by Plaintiff.

October 11, 2022

                                         /s/
Oliver L. Edwards (#17006)
Law Office of Oliver Edwards LLC
9919 Rogart Road
Silver Spring, Maryland 20901
Voice: 301-841-8050 Fax: 301-273-1020
oliver@edwardslaw.pro

Attorney for Think Computer Corporation