# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

JOSEPH R. JOHNSON, JR.,

    Plaintiff,

v.

THINK COMPUTER CORPORATION,

    Defendant.

Civil Action No. TDC-22-2422
Civil Action No. TDC-22-2573

## ORDER

For the reasons stated during the October 20, 2022 Case Management Conference, it is hereby ORDERED that:

Plaintiff is granted leave to file the proposed Motion to Remand. The Motion will be deemed timely if filed by **October 21, 2022**. Defendant's Opposition to the Motion is due by **November 2, 2022**. Any reply brief is due by **November 15, 2022**. By agreement of the parties, the filing deadlines with respect to the proposed Motion to Dismiss, No. TDC-22-2422, ECF No. 20, and proposed Motion for Rule 11 Sanctions, No. TDC 22-2422, ECF No. 23, are tolled until the resolution of the Motion to Remand.

Date: October 20, 2022



THEODORE D. CHUANG
United States District Judge