UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| **JOE JOHNSON** § | |
| § | |
| **Plaintiff,** § | |
| § | Civil Action No. TDC-22-2422 |
| Vs. § | Civil Action No. TDC-22-2573 |
| § | |
| **THINK COMPUTER CORPORATION** § | |
| § | |
| **Defendant.** § | |

**PLAINTIFF'S MOTION TO STRIKE
AMENDED NOTICE OF REMOVAL AND TO REMAND [1]**

Plaintiff, Joe Johnson, pursuant to 28 U.S.C. §1447(c), respectfully moves this Court to strike the Amended Notice of Removal, (Doc.6), filed herein on September 27, 2022 by Defendant, Think Computer Corporation, and to remand to the Circuit Court for Prince George's County.

A memorandum of law in support is being filed contemporaneously with this Motion.

                              Respectfully submitted,

October 20, 2022

                              *Joe Johnson*
                              Joe Johnson
                              Post Office Box 441572
                              Fort Washington, MD   20749

---

[1] Plaintiff adopts and incorporates the facts and legal contentions in the Motion to Strike Non-Party's Notice of Removal and to Remand to State Court. (Civil Action No. TDC-22-2242, Doc. 10, 10-1).

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have this 20th day of October, 2022, served a copy of the foregoing upon the below-listed party by causing to be electronically filed the foregoing with the Court on this date using the CM/ECF system or by placing a copy in the United States Mail to the following:

Oliver L. Edwards
Law Office of Oliver Edwards LLC
9919 Rogart Road
Silver Spring, Maryland 20901

And

Paul Alan Levy
Public Citizen Litigation Group
1600 20th St NW
Washington, DC 588-1000

*Joe Johnson*
Joe Johnson