# Exhibit 1

CaseSearch                           Circuit Court of Maryland

## Case Information

| | |
|---|---|
| Court System: | **Circuit Court For Prince George's County - Civil** |
| Location: | **Prince Georges Circuit Court** |
| Case Number: | **CAL22-21998** |
| Title: | **Johnson vs Think Computer Corporation** |
| Case Type: | **Tort - Other** |
| Filing Date: | **07/20/2022** |
| Case Status: | **Closed** |

## Involved Parties Information

### Defendant

Name: **Think Computer Corporation**
Address: **Serve: Aaron J. Greenspan, R/A**
**340 Lemon Ave, #6720**
City: **Walnut**   State: **CA**   Zip Code: **91789**

### Plaintiff

Name: **Johnson, Joe**
Address: **Post Office Box 441572**
City: **Fort Washington**   State: **MD**   Zip Code: **20749**

## Court Scheduling Information

| Event Type | Event Date | Event Time | Court Location | Court Room | Result |
|---|---|---|---|---|---|
| **Trial - Jury** | **09/05/2023** | **08:45:00** | **Conversion - Prince George Circuit Court** | **Civil Calendar** | |
| **Trial** | **09/06/2023** | **09:00:00** | **Conversion - Prince George Circuit Court** | **Civil Calendar** | |
| **Try By Date** | **11/12/2023** | **09:00:00** | **Conversion - Prince George Circuit Court** | **Civil Calendar** | |

## Document Information

File Date:   **07/20/2022**
Filed By:
Document Name: **Case Type**
Comment:   **Case Type:TO Docket Code:CJDMO ,Docket Description:CaseType: DC Jury/Dmgs Other**

File Date:   **07/20/2022**
Filed By:
Document Name: **District Court Transmittal**
Comment: **Transmittal of Record, fd. 001 District Court Jury Demand District Court Case # 0502-0012322-22 , CC of Docket Entries, Original Papers, and Exhibits, Transferred from the District Court of**

| | |
|---|---|
| | Maryland ag e 072622 (tagged to assignment) |
| File Date: | 07/26/2022 |
| Filed By: | |
| Document Name: | Notice Issued |
| Comment: | Not Issued Prst To Rl 2-326 Fd 002 ag |

| | |
|---|---|
| File Date: | 07/28/2022 |
| Filed By: | |
| Document Name: | Line |
| Comment: | Line, filed 003 Line to Request a Summons for Defendant, Think Computer Corporation, fd/djg e08-02-2022 (Cal. Mgmt.) |

| | |
|---|---|
| File Date: | 08/02/2022 |
| Filed By: | |
| Document Name: | Summons Issued |
| Comment: | Summons Issued For Defendant 004 Issued Summons for Think Computer Corporation, Defendant, fd/djg e08-02-2022 (Cal. Mgmt.) |

| | |
|---|---|
| File Date: | 08/02/2022 |
| Filed By: | |
| Document Name: | Summons Issued |
| Comment: | |

| | |
|---|---|
| File Date: | 08/15/2022 |
| Filed By: | |
| Document Name: | Complaint with Request for Jury Trial |
| Comment: | Complaint and Jury Demand 005 Original Complaint and Jury Demand by Plaintiff, Joe Johnson, fd/djg e08-17-2022 (Cal. Mgmt.) |

| | |
|---|---|
| File Date: | 09/14/2022 |
| Filed By: | |
| Document Name: | Scheduling Order |
| Comment: | Scheduling Order Filed 006 Scheduled Event: ADR: Jury Selection: Trial: September 5, 2023 Trial Jury - 8:45am September 6, 2023 Trial Carry over - 9am Try By: November 12, 2023 fd/smb e.9/19/2022 |

| | |
|---|---|
| File Date: | 09/26/2022 |
| Filed By: | |
| Document Name: | Complaint - Amended |
| Comment: | Amended Complaint, Fd. 007 first amended complaint and Jury Demand fd.kss e10/4/22 |

| | |
|---|---|
| File Date: | 09/26/2022 |
| Filed By: | |
| Document Name: | Notice of Removal to U.S. District Court |
| Comment: | Notice of Removal, fd 008 Notice of filing of Notice of removal to the United State District Court for the District of maryland fd.kss e10/4/22 |

| | |
|---|---|
| File Date: | 09/27/2022 |
| Filed By: | |
| Document Name: | Complaint - Amended |
| Comment: | Amended Complaint, Fd. 009 Second Amended complaint and Jury Demand fd.kss e10/4/22 |

| | |
|---|---|
| File Date: | 09/30/2022 |
| Filed By: | |
| Document Name: | Notice of Removal to U.S. District Court |
| Comment: | Notice of Removal, fd 010 Notice that action has been removed fd.kss e10/4/22 |

| | |
|---|---|
| File Date: | 10/04/2022 |
| Filed By: | |
| Document Name: | Case Disposition |
| Comment: | CaseDisp: Removed |

| | |
|---|---|
| File Date: | 10/04/2022 |
| Filed By: | |
| Document Name: | Case Closed |
| Comment: | Civil Case Closure Form, Fd. 011 fd.kss e10/4/22 |

## Service Information

| Service Type | Issued Date | Service Status |
|---|---|---|
| Writ of Summons | 08/02/2022 | |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*