UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| **JOE JOHNSON** | § |
| | § |
| Plaintiff, | § |
| | § Civil Action No. TDC-22-2422 |
| Vs. | § Civil Action No. TDC-22-2573 |
| | § |
| **THINK COMPUTER CORPORATION** | § |
| | § |
| Defendant. | § |

## ORDER

Upon consideration of the Plaintiff's Motion to Strike the Amended Notice of Removal filed herein by Think Computer Corporation and to Remand to State Court, and it appearing to the Court that the removal petition filed herein by Greenspan on September 23, 2022 is a nullity in that Greenspan was not a named defendant in the action, and lacked standing to remove this action and invoke the removal jurisdiction of the Court, it is, this _____ day of _____, 2022, by the United States District Court for the District of Maryland,

**ORDERED**, that the Motion, be and is, hereby **GRANTED**; and it is

**FURTHER ORDERED,** that the Amended Notice of Removal, be and is, hereby **STRICKEN**, and that this action, be and is, hereby **REMANDED** to the Circuit Court for Prince George's County.

The Court retains jurisdiction to entertain a Rule 11 Motion for Sanctions, as the Court finds that Greenspan lacked an objective reasonable basis for removing this State court action.

The Clerk of Court is directed to administratively **CLOSE** this case.

_____
Theodore D. Chuang
United States District Judge