UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOE JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Nos. |
| | ) | TDC-22-2422 |
| THINK COMPUTER CORPORATION | ) | TDC-22-2573 |
| d/b/a PLAINSITE, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

The motion to remand to the Circuit Court for Prince George's County is denied. The parties shall appear at a Case Management Conference on _____ 2022, at ___ A.M., to discuss Think Computer Corporation's requested motion to dismiss under Rules 12(b)(2) and 12(b)(6).

THEODORE D. CHUANG
United States District Judge