UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOE JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Nos. |
| | ) | TDC-22-2422 |
| THINK COMPUTER CORPORATION | ) | TDC-22-2573 |
| d/b/a PLAINSITE, | ) | |
| | ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER

The time for filing the Joint Record on plaintiff's motion to remand shall be seven days after the deadline for filing of any reply brief on that motion.

_____
THEODORE D. CHUANG
United States District Judge