UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOE JOHNSON,                           )
                                       )
        Plaintiff,                     )
                                       )
v.                                     )   Case Nos.
                                       )   TDC-22-2422
THINK COMPUTER CORPORATION             )   TDC-22-2573
d/b/a PLAINSITE,                       )
                                       )
        Defendant.                     )

## ORDER

The time for filing the Joint Record on plaintiff's motion to remand shall be seven days after the deadline for filing of any reply brief on that motion.

THEODORE D. CHUANG
United States District Judge