**jjohnson531@gmail.com**

| | |
|---|---|
| **From:** | District of Maryland via District of Maryland <DO_NOT_REPLY@mdd.uscourts.gov> |
| **Sent:** | Thursday, November 3, 2022 1:46 AM |
| **To:** | JJohnson531@gmail.com |
| **Subject:** | EDSS Submission: Johnson, Joe |

EDSS SUBMISSION - The U.S. District Court for the District of Maryland

Submitted on Thursday, November 3, 2022 - 01:46 Submitted values are:

Filer's First Name: Joe
Filer's Last Name: Johnson
Filer's Phone Number: 2406059921
Filer's Email Address: JJohnson531@gmail.com Filer's Email Address Confirm: JJohnson531@gmail.com Case Number (example: 22-CV-12345): 22-cv-02422 Document 1 Description: Reply in Support of Motion to Strike Am. Notice
 ==More Documents==
   Document 2 Description:
   Document 3 Description:
   Document 4 Description:
   Document 5 Description:


By entering my name in the box below, I affirm that I have read, understood, and agree with the statements above.: Maryland


Documents are only deemed filed once the filer receives a Notice of Electronic Filing (NEF) that reflects the document has been assigned a docket number.  Do not assume that your documents have been received as filed. It is the responsibility of the filer to contact the Clerk's Office if you do receive a Notice of Electronic Filing within 48 hours.