November  16, 2022


The Honorable Theodore D. Chuang
United States District Court Judge
United States District Court for the District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20070

RE:    *Joe Johnson v. Think Computer Corporation*, Case No. 8:22-cv-02422-TDC

Dear Judge Chuang:

        Pursuant to the Case Management Order entered in the above captioned matter, the undersigned responds to Defendant Think Computer Corporation's ("Defendant") request to file a motion requesting leave to file a two-page sur-reply (plus signature block) to the reply memorandum filed by the undersigned in Case No. TDC-22-2422, accompanied by an affidavit now authenticating two exhibits.

        The undersigned opposes any further briefing in this matter. The issue that the Defendant wishes to address now (which should have been addressed in one of its multiple prior filings) is immaterial and has absolutely nothing to do with the issues that are pending before the Court on the Motion to Remand. Additional unnecessary briefing in this matter only serves to further delay the remand of this improperly removed action, and the defendant should not be given another opportunity to prolong this case in this court which should have never landed here in the first place. Defendant had every opportunity to file an affidavit authenticating the documents that were apparently manipulated but it chose not to. The hour of the day is too late for it to do so now.

        Therefore, in accordance with the Court's Case Management Order, the undersigned respectfully requests that the Court will deny any further briefing in this case.

Sincerely,

*Joe Johnson*
Joe Johnson

Cc:    Oliver Edwards, Esq.
       Paul Alan Levy