# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

JOSEPH R. JOHNSON,

    Plaintiff,

v.

THINK COMPUTER CORPORATION,

    Defendant.

Civil Action No. TDC-22-2422
Civil Action No. TDC-22-2573

## ORDER

Defendant Think Computer Corporation has filed a request to file a Motion to File a Surreply in response to Plaintiff Joseph R. Johnson's Reply in Support of the Motion to Dismiss. Having reviewed the request, it is hereby ORDERED that Defendant's request to file a Motion to File a Surreply is DENIED.

Date: December 22, 2022

                                    THEODORE D. CHUANG
                                    United States District Judge