UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

JOE JOHNSON,

    Plaintiff,

v.

THINK COMPUTER CORPORATION
d/b/a Plainsite,

    Defendant.

Civil Action Nos. TDC-22-2422
TDC-22-2573

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Plaintiff's Motions to Strike the Amended Notice of Removal and to Remand, No. TDC-22-2422 ECF No. 27 and No. TDC-22-2573 ECF No. 18, are GRANTED IN PART and DENIED IN PART.

2. The Motions are granted in that the Court remands Case Nos. TDC-22-2242 and TDC-22-2573 to the Circuit Court for Prince George's County, Maryland based on a lack of subject matter jurisdiction.

3. The Motions are denied as to the requests to strike the Amended Notice of Removal.

4. The Clerk shall close both cases.

Date: May 31, 2023

THEODORE D. CHUANG
United States District Judge